UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>       Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>       Defendants. | Case No.: No. 19-cv-1608 (JMF) |

**STIPULATION AND ~~(PROPOSED)~~ ORDER REGARDING SERVICE AND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

WHEREAS, on February 20, 2019, Plaintiff The City of Philadelphia filed a complaint captioned *The City of Philadelphia v. Bank of America Corporation, et al.*, Case No. 19-cv-1608 (S.D.N.Y.) (the "City of Philadelphia Action"), alleging a conspiracy relating to anti-competitive activity in the market for variable rate demand obligations ("VRDOs").

WHEREAS, on March 21, 2019, the Court "so ordered" a stipulation by the parties in the City of Philadelphia Action, which: (i) provided that Defendants in that action agreed to accept service of process; (ii) suspended the deadlines for Defendants in that action to answer, move, or otherwise respond to the Complaint in that action until May 1, 2019; (iii) set forth a schedule for the filing and briefing of any motion(s) to dismiss; (iv) set a deadline by which City of Philadelphia must notify Defendants in that action of its intent to amend the Complaint in that action in response to the filing of any motion(s) to dismiss; (v) provided that "[in] the event that any other complaints asserting

substantially similar allegations and claims as the one in this action are filed in this Court or otherwise, the parties shall meet and confer in good faith with regard to a new schedule in this action;" and (vi) stayed discovery pending resolution of any motion(s) to dismiss while reserving Plaintiff's right to seek leave to take jurisdictional discovery from any Defendant that moved to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).  Dkt. No. 57.

WHEREAS, on March 26, 2019, Plaintiff Mayor and City Council of Baltimore filed a complaint captioned *Mayor and City Council of Baltimore v. Bank of America Corporation, et al.*, Case No. 19-cv-2667 (S.D.N.Y.) (the "Mayor and City Council of Baltimore Action"), also alleging a conspiracy relating to anti-competitive activity in the market for VRDOs.

WHEREAS, on March 28, 2019, the Court entered an Order in which the Court stated that, if no party filed a letter opposing consolidation by April 4, 2019, the Court would consolidate the City of Philadelphia Action and the Mayor and City Council of Baltimore Action.  Dkt. No. 58.

WHEREAS, on April 8, 2019, having received no objections to the consolidation, the Court entered an order consolidating the City of Philadelphia Action and the Mayor and City Council of Baltimore Action for pre-trial purposes and closing the docket for the Mayor and City Council of Baltimore Action.  Dkt. No. 68.

WHEREAS, some Defendants in the Mayor and City Council of Baltimore Action, but not all, have already received service of process in that action.

WHEREAS, the undersigned parties have conferred and reached agreement on a

schedule governing the briefing of any motions for appointment of interim lead counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Any additional complaint filed in this district containing substantially similar allegations as those in this consolidated action and that is marked as related to this consolidated action and accepted by the Court as such (a "Subsequent Action") shall also be consolidated under Case No. 19-cv-1608 (JMF).

2. The undersigned counsel for Defendants agree to accept service of process of the complaint filed in the Mayor and City Council of Baltimore Action on behalf of their respective clients, expressly reserving the right to contest whether any party in that complaint in that action is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

3. The deadlines for all Defendants named in the complaints filed in the City of Philadelphia Action and the Mayor and City Council of Baltimore Action to answer, move, or otherwise respond to the complaints are suspended as provided in this Stipulation.

4. The Court will consider motions seeking appointment for interim lead counsel under Fed. R. Civ. P. 23(g)(3).  Such motions shall be filed by April 16, 2019.  Any responses to such motions shall be filed by April 19, 2019.

5. Within 7 business days after entry of the Court's Order appointing interim lead counsel, interim lead counsel for plaintiffs and counsel for Defendants shall meet and confer and submit a stipulation that (i) sets a proposed deadline for interim lead

counsel to file a consolidated complaint and (ii) establishes a briefing schedule for Defendants' motion(s) to dismiss.

6. Discovery is hereby stayed pending resolution of any motion(s) to dismiss. Notwithstanding this paragraph or any other provision herein, the City of Philadelphia and the Mayor and City Council of Baltimore reserve the right to seek the Court's leave to take jurisdictional discovery from any Defendant which moves to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2).

DATED:   New York, New York
         April 12, 2019

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: *(signed)* Dan Brockett<br><br>Daniel L. Brockett<br>Steig D. Olson<br>Sami H. Rashid<br>Thomas Lepri<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>thomaslepri@quinnemanuel.com<br><br>Jeremy D. Andersen (*pro hac vice* pending)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com | WOLLMUTH MAHER & DEUTSCH LLP<br><br>David H. Wollmuth<br>William A. Maher<br>Brant Duncan Kuehn<br>500 Fifth Avenue<br>New York, New York 10100<br>Telephone: (212) 382-3300<br>dwollmuth@wmd-law.com<br>wmaher@wmd-law.com<br>bkuehn@wmd-law.com<br><br><br><br>SO ORDERED.<br><br>*(signed)*<br><br>April 15, 2019 |

4