UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
CITY OF PHILADELPHIA et al.,                                            :
                                                                        :
                              Plaintiffs,            :            19-CV-1608 (JMF)
                                                                        :
          -v-                                                         :            ORDER REGARDING
                                                                        :            DUTIES AND
BANK OF AMERICA, N.A., et al.,                                          :            RESPONSIBILITIES OF
                                                                        :            INTERIM CO-LEAD
                              Defendants.            :            CLASS COUNSEL
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       WHEREAS, on May 1, 2019, the Court granted the unopposed motion to appoint Quinn Emanuel Urquhart & Sullivan LLP, Wollmuth Maher & Deutsch LLP, and Susman Godfrey LLP as Interim Co-Lead Class Counsel, and requested that they submit a proposed order specifying the duties and responsibilities of Interim Co-Lead Class Counsel, *see* Docket No. 97;

       IT IS HEREBY ORDERED, that Interim Co-Lead Class Counsel shall take steps to coordinate among themselves to ensure that they work collaboratively, but not duplicatively, in their representation of plaintiffs and the putative Class, as follows:

    a.    Primary drafting of any pleading and brief shall be assigned to a single firm, with input as necessary by the other Interim Co-Lead firms;

    b.    Primary responsibility for any discovery requests shall be assigned to a single firm, with input as necessary by the other Interim Co-Lead firms;

    c.    Primary responsibility for the Defendants shall be divided among the three firms for all tasks including all discovery;

    d.    Quinn Emanuel Urquhart & Sullivan LLP shall be responsible for liaising with named Plaintiff the City of Philadelphia concerning the litigation, and Susman Godfrey LLP shall be responsible for liaising with named Plaintiff the Mayor and City Council of Baltimore;

e. For all other tasks that may arise in the context of this litigation, including the following, Interim Co-Lead Class Counsel shall agree that one firm shall be given primary responsibility for the task with input and discrete assistance from the other Interim Co-Lead Class Counsel to be provided in a manner designed to avoid the unnecessary duplication of efforts and to ensure that schedules are met and unnecessary expenditures of time and funds are avoided:

    (i) Supervision of all pretrial, trial, and post-trial proceedings on behalf of plaintiffs;

    (ii) Presentation of the plaintiffs' position at conferences and at oral argument as to all matters arising during pretrial and trial proceedings;

    (iii) Negotiation of stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

    (iv) Retention of and consultation with non-testifying and testifying experts;

    (v) Performance of such other duties as the Interim Co-Lead Class Counsel shall deem necessary; and

    (vi) Allocation of fees, if any are awarded by the Court.

SO ORDERED.

Dated: May 13, 2019
       New York, New York

                                           JESSE M. FURMAN
                                           United States District Judge