UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF PHILADELPHIA,                                                :
:
                           Plaintiff,         :        19-CV-1608 (JMF)
:
              -v-                             :        ORDER
:
BANK OF AMERICA, N.A., et al.,                :
:
                           Defendants.        :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court inadvertently directed the Clerk of Court to terminate Goldman Sachs & Co. LLC (in addition to Goldman Sachs Group, Inc., which is properly terminated pursuant to the parties' stipulation, *see* Docket No. 108). Accordingly, the Clerk of Court is directed to VACATE the Court's endorsement at Docket No. 108 with regard to Goldman Sachs & Co., LLC, solely and to reinstate Goldman Sachs & Co. LLC as a party.

      SO ORDERED.

Dated: June 3, 2019
       New York, New York                    _____
                                                      JESSE M. FURMAN
                                                  United States District Judge