UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORP., *et al.*,<br><br>Defendants. | Case No. 19-cv-1608(JMF) |

**STIPULATION AND (PROPOSED) ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANT JPMORGAN CHASE & CO.**

WHEREAS, on May 31, 2019, Plaintiffs The City of Philadelphia and the Mayor and City Council of Baltimore filed a consolidated complaint in the above-captioned action (the "Consolidated Complaint");

WHEREAS, the Consolidated Complaint names JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC as defendants;

WHEREAS, undersigned counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC have represented that Defendant JPMorgan Chase & Co. is a holding company and did not, at any point during the timeframe alleged in the Consolidated Complaint, engage in the business of remarketing variable rate demand obligations ("VRDOs"), providing letters of credit in connection with VRDOs, or managing money market funds ("MMFs") investing in VRDOs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendant JPMorgan Chase & Co. without prejudice to their inclusion in this case at a later time should evidence arise in discovery or otherwise that reveals information contrary to the above-referenced representations of counsel, and the Parties agree that any statute of limitations, statute of repose, or other time-related defense or claim shall be tolled as to Defendant JPMorgan Chase & Co. as if the claims were filed on February 20, 2019.

DATED:   New York, New York
         June 6, 2019

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUTSCH LLP |
|---|---|
| By: /s/ Dan Brockett | By: /s/ David Wollmuth / TL |
| Daniel L. Brockett | David H. Wollmuth |
| Steig D. Olson | William A. Maher |
| Sami H. Rashid | Ronald J. Aranoff |
| Thomas Lepri | Brant Duncan Kuehn |
| 51 Madison Avenue, 22nd Floor | 500 Fifth Avenue |
| New York, New York 10010 | New York, New York 10100 |
| Telephone: (212) 849-7000 | Telephone: (212) 382-3300 |
| Fax: (212) 849-7100 | dwollmuth@wmd-law.com |
| danbrockett@quinnemanuel.com | wmaher@wmd-law.com |
| steigolson@quinnemanuel.com | bkuehn@wmd-law.com |
| samirashid@quinnemanuel.com | |
| thomaslepri@quinnemanuel.com | *Interim Co-Lead Class Counsel* |

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

*Interim Co-Lead Class Counsel*

SUSMAN GODFREY LLP

By: ___[signature: William Carmody /TL]___
William Christopher Carmody
Arun Subramanian
Seth Ard
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com

Katherine M. Peaslee (*pro hac vice*)
1201 Third Avenue Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
kpeaslee@susmangodfrey.com

*Interim Co-Lead Class Counsel*


COVINGTON & BURLING LLP

By: _____

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Robert D. Wick
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
rwick@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

SUSMAN GODFREY LLP

By: _____
William Christopher Carmody
Arun Subramanian
Seth Ard
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone:  (212) 336-8330
Fax:  (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com

Katherine M. Peaslee (*pro hac vice*)
1201 Third Avenue Suite 3800
Seattle, Washington 98101
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
kpeaslee@susmangodfrey.com

*Interim Co-Lead Class Counsel*

COVINGTON & BURLING LLP

*/s/ Andrew A. Ruffino*
By: _____

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Robert D. Wick
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
rwick@cov.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

3

IT IS SO ORDERED.

DATED: _____

_____
JESSE M. FURMAN
United States District Judge