UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
CITY OF PHILADELPHIA et al.,                                             :
                        Plaintiffs,       :
:      19-CV-1608 (JMF)
             -v-                                                        :
:      ORDER
BANK OF AMERICA, N.A. et al.,                                            :
                        Defendants.       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 30, 2019, Defendants filed a joint motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Pursuant to the Stipulation and Order dated May 9, 2019, Plaintiffs shall advise Defendants if they plan to amend their Complaint no later than August 29, 2019. *See* ECF No. 100; *see also* Fed. R. Civ. P. 15(a)(1)(B). Plaintiffs will not be given any further opportunity to amend the complaint to address the issues raised by the motion to dismiss.

      No later than **August 29, 2019**, Plaintiffs shall also advise the Court if they plan to amend their complaint. If Plaintiffs do plan to amend, then no later than **seven days after they provide such notice to the Court and Defendants**, the parties shall file a proposed stipulation and order with deadlines for the filing of the amended complaint and for Defendants to answer or otherwise move with respect to the amended complaint. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

      If Plaintiffs do not intend to amend their complaint, they shall — in accordance with the May 9, 2019 Stipulation and Order — serve any opposition to the motion to dismiss by **September 30, 2019**. Defendants' reply, if any, shall be served by **November 14, 2019**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: July 31, 2019
       New York, New York                   _____
                                                                 JESSE M. FURMAN
                                                    United States District Judge