UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO SECURITIES LLC,<br><br>　　　　　　　　　　　Defendants. | No. 19-cv-1608 (JMF) |

## NOTICE OF MOTION TO WITHDRAW AS ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Ian T. Hampton, Esq., Defendant Goldman Sachs & Co. LLC ("Goldman Sachs") hereby moves this Court to withdraw Ian T. Hampton as its counsel of record and to remove him from the ECF service list in the above-captioned action, as, effective October 11, 2019, Mr. Hampton will no longer be associated with Winston & Strawn LLP. The other

attorneys of record from Winston & Strawn LLP continue to represent Goldman Sachs in this matter. Mr. Hampton's withdrawal will neither delay resolution of the above-captioned action nor prejudice any parties, and there is thus good cause to permit Ian T. Hampton to withdraw as counsel for Goldman Sachs.

Dated: New York, New York
October 10, 2019

Respectfully submitted,

*s/ Ian T. Hampton*
Ian T. Hampton
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel.: 212-294-6700
Fax: 212-294-4700
ihampton@winston.com

*Counsel for Defendant*
*Goldman Sachs & Co. LLC*