UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
CITY OF PHILADELPHIA et al.,                                          :
                                                                      :
                                      Plaintiffs,                     :
                                                                      :                19-CV-1608 (JMF)
                  -v-                                                 :                19-CV-2667 (JMF)
                                                                      :
BANK OF AMERICA CORPORATION et al.,                                   :                ORDER
                                                                      :
                                      Defendants.                     :
                                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Upon review of the docket, the Court believes that are several entities currently listed as
Defendants in error.  In particular, (1) the Court assumes that the party listed as "JPMorgan
Chase, N.A." is duplicative of JPMorgan Chase Bank, N.A., which filed an answer on December
7, 2020, *see* ECF No. 142;[1] and (2) the Court believes that BMO Financial Group, BMO
Financial Corp., BMO Capital Markets Corp, and BMO Capital Markets Gkst Inc. should no
longer be listed as active Defendants because they were not named in the operative Amended
Complaint, ECF No. 107.  Any party that believes the Court is mistaken, or that the above-
mentioned parties should in fact be listed as Defendants in this case, shall file a letter to that
effect **no later than December 11, 2020**.  Absent such a letter, the Court will direct the Clerk to
terminate the above-mentioned parties as Defendants in this case.

        SO ORDERED.

Dated: December 8, 2020
       New York, New York                                   _____
                                                                  JESSE M. FURMAN
                                                                United States District Judge

---

[1]       Unless otherwise noted, all docket references are to 19-CV-1608.