UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF PHILADELPHIA,                                               :
:
                              Plaintiff,            :      19-CV-1608 (JMF)
:      19-CV-2667 (JMF)
     -v-                                                          :
:      ORDER
:
BANK OF AMERICA CORPORATION, et al.,                                :
:
                           Defendants.             :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In an Order dated December 8, 2020, the Court identified several parties it believed to be listed on the docket as Defendants in error and ordered any party that believed otherwise to file a letter to that effect no later than December 11, 2020.  *See* ECF No. 151.[1]  No such letter was filed.  In light of that, and for the reasons stated in the Court's December 8 Order, the Clerk of Court is directed to terminate (1) JPMorgan Chase, N.A. (**not** JPMorgan Chase Bank, N.A.); (2) BMO Financial Group; (3) BMO Financial Corp.; (4) BMO Capital Markets Corp.; and (5) BMO Capital Markets Gkst Inc. as Defendants in this case.

       SO ORDERED.

Dated: December 14, 2020
       New York, New York
                                               JESSE M. FURMAN
                                   United States District Judge

---

[1] Unless otherwise noted, all docket references are to 19-CV-1608.