UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITY OF PHILADELPHA, et al.,

                Plaintiffs,

-v-                                  19-CV-1608 (JMF)

BANK OF AMERICA CORPORATION, et al.,

                Defendants.
------------------------------------------------------------------X
BOARD OF DIRECTORS OF THE SAN DIEGO
ASSOCIATON OF GOVERNMENTS, *acting as the San
Diego County Regional Transportation Commission*,

                Plaintiff,

-v-                                  21-CV-4893 (JMF)

BANK OF AMERICA CORPORATION, et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United State District Judge:

       The Court has accepted *Board of Directors of the San Diego Association of Governments v. Bank of America Corp.*, No. 21-CV-4893, as related to *City of Philadelphia v. Bank of America Corp.*, No. 19-CV-1608.

       In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **June 25, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the two cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

       SO ORDERED.

Dated: June 4, 2021
      New York, New York

                                                         JESSE M. FURMAN
                                                     United States District Judge