

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 08, 2021

Via ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: *The City of Philadelphia, et al. v. Bank of America Corp, et al.*, 19-cv-1608 (JMF)

Dear Judge Furman:

    The Antitrust Division and the United States Attorney's Office for the Southern District of New York (collectively, "the DOJ") submit this letter motion seeking the Court's permission to file a redacted letter in response to Your Honor's invitation to the DOJ to submit a letter brief regarding Bank of America's motion to file a declaration *ex parte* (the "Lesser declaration") in connection with a dispute over the scope of discovery in the above-captioned civil matter. The DOJ's reply contains law enforcement sensitive information for the reasons described therein.

Sincerely,

_RM, EH_
Rebecca Meiklejohn
Eric Hoffmann
Trial Attorneys, Antitrust Division

/s/
Daniel Tracer
Assistant United States Attorney
Southern District of New York

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

        by: /s/ Daniel Tracer
           [AUSA]
           Assistant United States Attorney
           (212) 637-2329
           Daniel.Tracer@usdoj.gov

cc: All counsel of record (via ECF)