UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CITY OF PHILADELPHIA, et al., :
:
                Plaintiffs, :
:
           -v- : 19-CV-1608 (JMF)
:
BANK OF AMERICA CORPORATION, et al., :
:
                Defendants. :
:
-----------------------------------------------------------------------X
:
BOARD OF DIRECTORS OF THE SAN DIEGO :
ASSOCIATON OF GOVERNMENTS, *acting as the San* :
*Diego County Regional Transportation Commission*, :
:
                Plaintiff, :
: 21-CV-4893 (JMF)
           -v- :
:
BANK OF AMERICA CORPORATION, et al., :
:
                Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United State District Judge:

      On July 26, 2021, Plaintiffs in 19-CV-1068 moved for leave to amend the complaint and to consolidate 19-CV-1608 and 21-CV-4893.  19-CV-1068, ECF No. 203.  By no later than **July 29, 2021**, Defendants shall file a letter indicating whether they intend to oppose either leave to amend or consolidation.  If Defendants do not file a letter by that date or indicate that they do not intend to oppose the motion, the Court will grant the relief requested as unopposed.  If Defendants indicate that they do intend to oppose the motion, the Local Rules default deadlines (two weeks for opposition and one week for reply) shall apply.

      SO ORDERED.

Dated: July 27, 2021
      New York, New York

                                                      JESSE M. FURMAN
                                                   United States District Judge