UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE CITY OF PHILADELPHIA, et al.,                  :
:
Plaintiffs,                         :
:   19-CV-1608 (JMF)
-v-                                 :
:   ORDER
BANK OF AMERICA CORPORATION, et al.,               :
:
Defendants.                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Counsel for all parties are advised that any counsel who was previously granted permission to appear *pro hac vice* in a case consolidated with this case is not be required to file a new motion to appear *pro hac vice* on this docket before entering a notice of appearance.

    SO ORDERED.

Dated: August 9, 2021
      New York, New York
                                          JESSE M. FURMAN
                                        United States District Judge