UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CITY OF PHILADELPHIA, et al.,                        :
:
                     Plaintiffs,        :        19-CV-1608 (JMF)
:
    -v-                                             :        <u>ORDER</u>
:
BANK OF AMERICA CORPORATION, et al.,                 :
:
                     Defendants.       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the circumstances surrounding COVID-19, the Court will not hold the upcoming conference in this case in person.  Counsel should submit their joint status letter on ECF no later than the Thursday prior to the conference, the contents of which are described in the Case Management Plan and Scheduling Order.  ECF No. 214.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  Unless and until the Court orders otherwise, all existing dates and deadlines — including, as appropriate, the deadlines for summary judgment motions and/or a proposed joint pretrial order, as set forth in the Case Management Plan and Scheduling Order — remain in effect.

       After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information.  If a conference is held, it will be by telephone, albeit perhaps at a different time.  To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: September 17, 2021
       New York, New York                              _____
                                                      JESSE M. FURMAN
                                                  United States District Judge