3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 19-cv-1608 (JMF) |

## [PROPOSED] ORDER

JESSE M. FURMAN, United States District Judge:

The motion of Mollie Kornreich for leave to withdraw as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. is GRANTED.

SO ORDERED.

Dated: New York, New York
　　　　February  14 , 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Jesse M. Furman
　　　　　　　　　　　　　　　　　　　　United States District Judge