UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO SECURITIES LLC,<br><br>Defendants. | Case No.: 1:19-cv-01608-JMF<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER LANDAU** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher Landau, hereby move this Court for an order of admission to practice *pro hac vice* and to appear as counsel for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission, in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. A copy of my affidavit and certificate of good standing in the jurisdiction of the District of Columbia accompany this motion.

Dated:  Washington, DC
        March 25, 2022

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY

By:   /s/ Christopher Landau
         Christopher Landau

Christopher Landau (*pro hac vice* pending)
1155 F. Street NW, Suite 750
Washington, DC 20004
Telephone:  (202) 249-6900
Facsimile:  (202) 249-6899
clandau@egcfirm.com

Carl Alan Roth (*pro hac vice*)
Ryan Q. Keech (*pro hac vice*)
Noah S. Helpern (*pro hac vice*)
Jason Y. Kelly (*pro hac vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697
croth@egcfirm.com
rkeech@egcfirm.com
nhelpern@egcfirm.com
jkelly@egcfirm.com

Joseph Kiefer
Emily Lilburn
152 West 57th St., 28th Fl.
New York, New York 10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
jkiefer@egcfirm.com
elilburn@egcfirm.com

*Attorneys for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission*

2006676