UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>                                Plaintiffs,<br><br>       vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO SECURITIES LLC,<br><br>                                Defendants. | Case No. 19-cv-1608 (JMF) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DISCOVERY SCHEDULE**

WHEREAS, the parties to the above-captioned action have been working in good

faith to proceed with discovery in accordance with the current case schedule;

WHEREAS, discovery has required coordinating with and accommodating the schedules of non-parties and former employees of parties;

WHEREAS, illness of witnesses and/or counsel, including due to the COVID-19 pandemic, has required multiple depositions to be cancelled and rescheduled;

WHEREAS, the parties have served written discovery requests that cannot be fully responded to until depositions have concluded;

WHEREAS, the parties wish to move this matter forward while avoiding prejudice to either side;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. No further party depositions will be noticed.

2. The deadline for noticing any non-party deposition will be June 30, 2022. Notwithstanding this, any party will have three business days from the date of receiving service of a notice of non-party deposition to cross-notice that deposition, even if that results in the cross-notice being served after June 30.

3. The deadline for the completion of fact discovery is extended by 45 days, to August 15, 2022.

4. The deadline for serving party discovery requests, including Interrogatories, Requests for Admission, and Requests for Production, has already passed and will not be extended. The deadline for responding to Interrogatories and Requests for Admission served on May 25, 2022, will be extended to August 31, 2022.

5. The deadlines in the schedule not addressed in the paragraphs set forth above remain unchanged.

DATED:    New York, New York         *[Signatures added by consent]*
          June 10, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUTSCH LLP |
|---|---|
| By: */s/ Daniel L. Brockett* | By: */s/ David H. Wollmuth* |
| Daniel L. Brockett<br>Steig D. Olson<br>Sami H. Rashid<br>Thomas Lepri<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>danbrockett@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>thomaslepri@quinnemanuel.com<br>Jeremy D. Andersen (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br><br>*Interim Co-Lead Class Counsel* | David H. Wollmuth<br>William A. Maher<br>Ronald J. Aranoff<br>Brant Duncan Kuehn<br>500 Fifth Avenue<br>New York, New York 10100<br>Telephone: (212) 382-3300<br>dwollmuth@wmd-law.com<br>wmaher@wmd-law.com<br>bkuehn@wmd-law.com<br><br>*Interim Co-Lead Class Counsel* |
| SUSMAN GODFREY LLP | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP |
| By: */s/ William Christopher Carmody* | By: */s/ Ryan Q. Keech* |
| William Christopher Carmody<br>Arun Subramanian<br>Seth Ard<br>Tamar Lusztig<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, New York 10019<br>Telephone: (212) 336-8330<br>Fax: (212) 336-8340<br>bcarmody@susmangodfrey.com<br>asubramanian@susmangodfrey.com<br>sard@susmangodfrey.com<br>tlusztig@susmangodfrey.com | Christopher Landau<br>1155 F. Street NW, Suite 750<br>Washington, DC 20004<br>Telephone:  (202) 249-6900<br>Facsimile:  (202) 249-6899<br>clandau@egcfirm.com |

Katherine M. Peaslee (*pro hac vice*)
1201 Third Avenue Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
kpeaslee@susmangodfrey.com

*Interim Co-Lead Class Counsel*

Carl Alan Roth
Ryan Q. Keech
Noah S. Helpern
Jason Y. Kelly
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697
croth@egcfirm.com
rkeech@egcfirm.com
nhelpern@egcfirm.com
jkelly@egcfirm.com

Joseph Kiefer
Emily T. Lilburn
152 West 57th Street, Suite 28S
New York, New York  10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
jkiefer@egcfirm.com
elilburn@egcfirm.com

*Attorneys for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission*

COVINGTON & BURLING LLP

By:  */s/ Robert D. Wick*

Robert D. Wick
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
rwick@cov.com

Andrew A. Ruffino
The New York Times Building
620 Eigth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Boris Bershteyn*

Boris Bershteyn
Lara Flath
Kamali P. Willett
Thania (Athanasia) Charmani
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
lara.flath@skadden.com
kamali.willett@skadden.com
thania.charmani@skadden.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

Gretchen M. Wolf (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
gretchen.wolf@skadden.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

JONES DAY

By:  /s/ *Jayant W. Tambe*

Jayant W. Tambe
Laura Washington Sawyer
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
jtambe@jonesday.com
lwsawyer@jonesday.com

Michael P. Conway (*pro hac vice*)
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 269-4145
Fax: (312) 782-8585
mconway@jonesday.com

*Attorneys for Defendants Wells Fargo Bank, N.A.; Wachovia Bank, N.A.; Wells Fargo Funds Management, LLC; and Wells Fargo Securities LLC*

O'MELVENY & MYERS LLP

By:  /s/ *Andrew J. Frackman*

Andrew J. Frackman
Michael M. Klotz
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
afrackman@omm.com
mklotz@omm.com

Sergei Zaslavsky (*pro hac vice*)
Adam Walker (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
szaslavsky@omm.com
awalker@omm.com

*Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets, LLC*

SHEARMAN & STERLING LLP

By:  /s/ *Adam S. Hakki*

Adam S. Hakki

WINSTON & STRAWN LLP

By:  /s/ *George E. Mastoris*

Robert Y. Sperling

| | |
|---|---|
| Grace J. Lee<br>599 Lexington Avenue<br>Telephone: (212) 848-4000<br>Fax: (212) 848-7179<br>adam.hakki@shearman.com<br>grace.lee@shearman.com | 35 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Fax: (312) 558-5700<br>rsperling@winston.com |
| John F. Cove, Jr.<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Fax: (415) 616-1199<br>john.cove@shearman.com | George E. Mastoris<br>Staci Yablon<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 294-6700<br>Fax: (212) 294-4700<br>gmastoris@winston.com<br>syablon@winston.com |
| *Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc.* | *Attorneys for Defendant Goldman Sachs & Co. LLC* |

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By:  /s/ Jamie S. Dycus | By:  /s/ Susanna Buergel |
| Jamie S. Dycus<br>Julia Pilcer Lichtenstein<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>jamie.dycus@wilmerhale.com<br>julia.lichtenstein@wilmerhale.com | Brad S. Karp<br>Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:  (212) 373-3000<br>Fax:  (212) 757-3990<br>bkarp@paulweiss.com<br>sbuergel@paulweiss.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | Kenneth A. Gallo<br>Jane B. O'Brien<br>Lina Dagnew |
| Heather S. Nyong'o<br>650 California St.<br>Suite 2000<br>San Francisco, California 94108<br>Telephone: (415) 796-4400<br>hnyongo@cgsh.com | 2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel:  (202) 223-7300<br>Fax:  (202) 223-7420<br>kgallo@paulweiss.com<br>jobrien@paulweiss.com<br>ldagnew@paulweiss.com |

6

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC)*

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited*

Application GRANTED.  The parties are reminded that any agreement to extend the deadline for fact or expert discovery in this case has no effect until ordered by the Court.  Further extension requests are unlikely to be granted.  SO ORDERED.

June 13, 2022

IT IS SO ORDERED.

Dated: _____       _____

                                                     HON. JESSE M. FURMAN
                                                     UNITED STATES DISTRICT JUDGE
                                                     SOUTHERN DISTRICT OF NEW YORK