UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF PHILADELPHIA, et al.,

                Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

                Defendants.

Case No. 19-cv-1608 (JMF)

## [~~PROPOSED~~] ORDER

JESSE M. FURMAN, United States District Judge:

The motion of Thania (Athanasia) Charmani for leave to withdraw as counsel for defendants Barclays Bank PLC and Barclays Capital Inc. is GRANTED.

SO ORDERED.

Dated: New York, New York
       July 29, 2022

_____
The Honorable Jesse M. Furman
United States District Judge

The Clerk of Court is directed to terminate ECF No. 332 and update the docket accordingly.