UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-01608-JMF |

## MOTION TO WITHDRAW AS COUNSEL

**COME NOW**, Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC), ("Defendants"), by counsel, pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, and respectfully request the Court enter an order permitting Jamie Stephen Dycus to withdraw as counsel for the Defendants in the above-captioned matter.

Mr. Dycus's membership in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP has concluded and thus Mr. Dycus is no longer serving as counsel to Defendants. The law firm of Wilmer Cutler Pickering Hale and Dorr LLP will continue to serve as counsel for the Defendants. As such, Mr. Dycus's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court grant this motion and order that Mr. Dycus is withdrawn as counsel of record for Defendants.

Dated: August 22, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Julia Pilcer Lichtenstein*

Julia Pilcer Lichtenstein
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: Julia.Lichtenstein@wilmerhale.com