UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. 19-cv-1608 (JMF) |

### ~~[PROPOSED]~~ STIPULATION AND ORDER REGARDING REDACTION AND SEALING PROCESS FOR CLASS CERTIFICATION BRIEFING

WHEREAS, on March 14, 2022, this Court entered the Parties' Joint Letter Motion Regarding Extension of Time for the Completion of Fact Discovery (Dkt. 279), which set forth the following deadlines for class certification:

    a. Plaintiffs shall file their motion for class certification and supporting expert reports no later than October 27, 2022;

    b. Defendants shall file their opposition to class certification and supporting expert reports no later than February 9, 2023;

    c. Plaintiffs shall file their reply in support of class certification no later than April 6, 2023.

WHEREAS, because of the large volume of potential redactions and sealed exhibits likely to be involved in these filings, Plaintiffs and Defendants (collectively, the "Parties") believe a modification of the procedures set forth in Rule 7 of the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") would be beneficial;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following proposed process for submitting proposed sealing and redactions for all class certification briefing to the Court, and jointly request that the Court order as follows:

1. The sending parties will file their papers under interim seal by the deadlines set forth above pursuant to the Court's March 14, 2022 Order (Dkt. 279), or as otherwise applicable;

2. The sending parties will serve unredacted papers on the receiving parties by the deadlines set forth above pursuant to the Court's March 14, 2022 Order (Dkt. 279);

3. The sending and receiving parties will then have the opportunity to redact the papers and exhibits, and the receiving parties will transmit the following items to the sending parties within four (4) weeks of the deadlines set forth above pursuant to the Court's March 14, 2022 Order (Dkt. 279):

    a. Redacted copies of all papers and exhibits;

    b. Highlighted copies of all papers and exhibits, with highlights corresponding to the redactions; and

    c. An insert for a motion to seal justifying their proposed redactions;

4. Within five (5) weeks of the deadlines set forth above pursuant to the Court's March 14, 2022 Order (Dkt. 279), the sending parties will then file a motion to seal, along with proposed redacted copies and highlighted copies, pursuant to the procedure outlined in Rule 7 of the Court's Individual Rules. The letter motion will include the redaction justifications of the sending and receiving parties.

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WOLLMUTH MAHER & DEUTSCH LLP |
| By:  /s/ Daniel L. Brockett | By:  /s/ David H. Wollmuth |
| Daniel L. Brockett<br>Steig D. Olson<br>Sami H. Rashid<br>Thomas Lepri<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>danbrockett@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>samirashid@quinnemanuel.com<br>thomaslepri@quinnemanuel.com<br>Jeremy D. Andersen (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br><br>*Interim Co-Lead Class Counsel* | David H. Wollmuth<br>William A. Maher<br>Ronald J. Aranoff<br>Brant Duncan Kuehn<br>500 Fifth Avenue<br>New York, New York 10100<br>Telephone: (212) 382-3300<br>dwollmuth@wmd-law.com<br>wmaher@wmd-law.com<br>bkuehn@wmd-law.com<br><br>*Interim Co-Lead Class Counsel* |
| SUSMAN GODFREY LLP | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP |
| By:  /s/ William Christopher Carmody | By:  /s/ Ryan Q. Keech |
| William Christopher Carmody<br>Arun Subramanian<br>Seth Ard<br>Tamar Lusztig<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, New York 10019<br>Telephone: (212) 336-8330<br>Fax: (212) 336-8340<br>bcarmody@susmangodfrey.com<br>asubramanian@susmangodfrey.com<br>sard@susmangodfrey.com<br>tlusztig@susmangodfrey.com | Christopher Landau<br>1155 F. Street NW, Suite 750<br>Washington, DC 20004<br>Telephone:  (202) 249-6900<br>Facsimile:  (202) 249-6899<br>clandau@egcfirm.com |

Katherine M. Peaslee (*pro hac vice*)
1201 Third Avenue Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883
kpeaslee@susmangodfrey.com

*Interim Co-Lead Class Counsel*

Carl Alan Roth
Ryan Q. Keech
Noah S. Helpern
Jason Y. Kelly
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
croth@egcfirm.com
rkeech@egcfirm.com
nhelpern@egcfirm.com
jkelly@egcfirm.com

Joseph Kiefer
Emily T. Lilburn
152 West 57th Street, Suite 28S
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
jkiefer@egcfirm.com
elilburn@egcfirm.com

*Attorneys for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission*

COVINGTON & BURLING LLP

By: */s/ Robert D. Wick*

Robert D. Wick
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
rwick@cov.com

Andrew A. Ruffino
The New York Times Building
620 Eigth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: */s/ Boris Bershteyn*

Boris Bershteyn
Lara Flath
Kamali P. Willett
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
lara.flath@skadden.com
kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

Gretchen M. Wolf (admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
gretchen.wolf@skadden.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

JONES DAY

By: /s/ *Jayant W. Tambe*

Jayant W. Tambe
Laura Washington Sawyer
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
jtambe@jonesday.com
lwsawyer@jonesday.com

Michael P. Conway (*pro hac vice*)
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 269-4145
Fax: (312) 782-8585
mconway@jonesday.com

*Attorneys for Defendants Wells Fargo Bank, N.A.; Wachovia Bank, N.A.; Wells Fargo Funds Management, LLC; and Wells Fargo Securities LLC*

O'MELVENY & MYERS LLP

By: /s/ *Andrew J. Frackman*

Andrew J. Frackman
Michael M. Klotz
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
afrackman@omm.com
mklotz@omm.com

Sergei Zaslavsky (*pro hac vice*)
Adam Walker (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
szaslavsky@omm.com
awalker@omm.com

*Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets, LLC*

SHEARMAN & STERLING LLP

By: /s/ *Adam S. Hakki*

Adam S. Hakki

WINSTON & STRAWN LLP

By: /s/ *George E. Mastoris*

George E. Mastoris

5

Grace J. Lee
599 Lexington Avenue
Telephone: (212) 848-4000
Fax: (212) 848-7179
adam.hakki@shearman.com
grace.lee@shearman.com

John F. Cove, Jr.
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Fax: (415) 616-1199
john.cove@shearman.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc.*

200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
gmastoris@winston.com

*Attorneys for Defendant Goldman Sachs & Co. LLC*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Noah A. Levine

Noah A. Levine
Chris Johnstone
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
noah.levine@wilmerhale.com
chris.johnstone@wilmerhale.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Heather S. Nyong'o
650 California St.
Suite 2000
San Francisco, California 94108
Telephone: (415) 796-4400
hnyongo@cgsh.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Susanna Buergel

Brad S. Karp

Susanna M. Buergel
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
Fax:  (212) 757-3990

bkarp@paulweiss.com
sbuergel@paulweiss.com

Kenneth A. Gallo
Jane B. O'Brien
Lina Dagnew
2001 K Street, NW
Washington, DC 20006-1047
Tel:  (202) 223-7300
Fax:  (202) 223-7420
kgallo@paulweiss.com
jobrien@paulweiss.com
ldagnew@paulweiss.com

6

| | |
|---|---|
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC)* | *Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited* |

IT IS SO ORDERED.

Dated: October 24, 2022

HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK