**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE CITY OF PHILADELPHIA, et al.

        *Plaintiffs*,

    v.

BANK OF AMERICA CORPORATION, et al.

        *Defendants*.

Case No. 19-cv-1608 (JMF)

ORAL ARGUMENT REQUESTED

---

## NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

PLEASE TAKE NOTICE that, upon this motion dated October 27, 2022, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, dated October 27, 2022, the Declaration of Elizabeth Aronson, dated October 27, 2022, and supporting Exhibits thereto, the undersigned Plaintiffs respectfully move this Court, before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the courthouse thereof, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an Order certifying a Class and Sub-Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and appointing Quinn Emanuel Urquhart & Sullivan, LLP, Wollmuth Maher & Deutsch LLP, and Susman Godfrey LLP as Co-lead Class and Sub-Class Counsel.

DATED:  New York, New York
          October 27, 2022

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

By: */s/ Daniel L. Brockett*

Daniel L. Brockett
Steig D. Olson
Sami H. Rashid
Thomas Lepri
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
samirashid@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

*Co-Lead Interim Class Counsel*

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/ David H. Wollmuth*

David H. Wollmuth
William A. Maher
Ronald J. Aranoff
Randall R. Rainer
500 Fifth Avenue
New York, New York 10100
Telephone: (212) 382-3300
dwollmuth@wmd-law.com
wmaher@wmd-law.com
raranoff@wmd-law.com
rrainer@wmd-law.com

*Co-Lead Interim Class Counsel*

SUSMAN GODFREY LLP

By: */s/ William C. Carmody*
William Christopher Carmody
Arun Subramanian
Seth Ard
Tamar Lusztig
Elizabeth Aronson
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone:  (212) 336-8330
Fax:  (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
tlusztig@susmangodfrey.com
baronson@susmangodfrey.com

Katherine M. Peaslee
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
kpeaslee@susmangodfrey.com

*Co-Lead Interim Class Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on October 27, 2022.


/s/ Elizabeth Aronson
Elizabeth Aronson