UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>                Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO SECURITIES LLC,<br><br>                Defendants. | Case No.: 1:19-cv-01608-JMF |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, subject to the approval of the Court, Joseph N. Kiefer hereby withdraws as counsel for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission ("Plaintiff"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF)

notification list in the above-captioned matter.  Christopher Landau (*Pro Hac Vice*) Emily Lilburn, Ryan Keech (*Pro Hac Vice*), Carl Alan Roth (*Pro Hac Vice*), Noah Helpern (*Pro Hac Vice*) and Jason Y. Kelly (*Pro Hac Vice*) of Ellis George Cipollone O'Brien Annaguey LLP will continue to represent Plaintiff in this proceeding.

| | | |
|---|---|---|
| Dated: | New York, New York<br>December 1, 2022 | ELLIS GEORGE CIPOLLONE<br>O'BRIEN ANNAGUEY |

By:   /s/*Joseph F. Kiefer*
          Joseph F. Kiefer

Carl Alan Roth (Admitted *Pro Hac Vice*)
Ryan Q. Keech (Admitted *Pro Hac Vice*)
Noah S. Helpern (Admitted *Pro Hac Vice*)
Jason Y. Kelly (Admitted *Pro Hac Vice*)
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697
croth@egcfirm.com
rkeech@egcfirm.com
nhelpern@egcfirm.com
jkelly@egcfirm.com

Emily Lilburn
152 West 57th St., 28th Fl.
New York, New York 10019
elilburn@egcfirm.com
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629

Christopher Landau (*Pro Hac Vice*)
1155 F. Street NW, Suite 750
Washington, DC 20004
Telephone:  (202) 249-6900
Facsimile:  (202) 249-6899
clandau@egcfirm.com

*Attorneys for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission*

**IT IS SO ORDERED:**

Dated: December ___, 2022                    _____
                                                                                      Hon. Jesse M. Furman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>     Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO SECURITIES LLC,<br><br>     Defendants. | Case No.: 1:19-cv-01608-JMF |

**DECLARATION OF JOSEPH N. KIEFER**

I, Joseph N. Kiefer, declare and state as follows:

1. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Plaintiff The Board of Directors of the San Diego Association of Governments, Acting as the San Diego County Regional Transportation

Commission because I will no longer be associated with its counsel in these proceedings, Ellis George Cipollone O'Brien Annaguey LLP ("EGC").

2. Other EGC attorneys who have appeared as counsel of record will continue to represent Plaintiff in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joseph N. Kiefer*
Joseph N. Kiefer
