UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS LLC, WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, WELLS FARGO SECURITIES LLC,<br><br>                    Defendants. | Case No. 19-cv-1608 (JMF) |

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**

PLEASE TAKE NOTICE that upon the accompanying (i) Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony and (ii) Declaration of Conrad Scott, both dated February 9, 2023, and the exhibits thereto, the undersigned Defendants will move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, New York, on a date and time to be

determined by the Court, for an Order excluding certain expert testimony of Dr. William Schwert and Dr. Rosa Abrantes-Metz under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702, and granting such other and further relief as the Court may deem just and proper.

Dated: February 9, 2023                                   Respectfully submitted,

| | |
|---|---|
| **COVINGTON & BURLING LLP** | **JONES DAY** |
| By: s/ Robert D. Wick | By: Jayant W. Tambe* |
| Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com | Jayant W. Tambe<br>Laura Washington Sawyer<br>Céalagh P. Fitzpatrick<br>Meredith Christian<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone: (212) 326-3604<br>Fax: (212) 755-7306 |
| Robert D. Wick<br>Brandon Gould<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>rwick@cov.com | Michael P. Conway<br>110 N. Wacker Dr.<br>Chicago, IL 60606<br>Telephone: (312) 269-4145<br>Fax: (312) 782-8585<br>mconway@jonesday.com |
| *Attorneys for Defendants JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC* | *Attorneys for Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., Wells Fargo Funds Management, LLC, and Wells Fargo Securities LLC* |

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By: <u>Noah Levine</u>* | By: <u>Boris Bershteyn</u>* |
| Noah Levine<br>Chris Johnstone<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>noah.levine@wilmerhale.com<br>chris.johnstone@wilmerhale.com | Boris Bershteyn<br>Lara Flath<br>Kamali P. Willett<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Fax: (917) 777-3834<br>boris.bershteyn@skadden.com<br>lara.flath@skadden.com<br>kamali.willett@skadden.com |
| Heather Nyong'o<br>Cleary Gottlieb Steen & Hamilton LLP<br>650 California Street, Suite 2000<br>San Francisco, CA 94108<br>Telephone: (650) 815-4140<br>hnyongo@cgsh.com | Gretchen Wolf<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411<br>gretchen.wolf@skadden.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC)* | *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: <u>Susanna M. Buergel</u>*

Brad S. Karp
Susanna M. Buergel
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3553
Fax: (212) 492-0553
bkarp@paulweiss.com
sbuergel@paulweiss.com

Kenneth A. Gallo
Jane B. O'Brien
Lina Dagnew
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7356
Fax: (202) 204-7356
kgallo@paulweiss.com
jobrien@paulweiss.com
ldagnew@paulweiss.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: <u>Robert Y. Sperling</u>*

Robert Y. Sperling
Staci Yablon
William B. Michael
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3396
Fax: (212) 492-4018
rsperling@paulweiss.com
syablon@paulweiss.com
wmichael@paulweiss.com

Paul D. Brachman
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7440
Fax: (202) 379-4098
pbrachman@paulweiss.com

*Attorneys for Defendant Goldman Sachs & Co. LLC*

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **SHEARMAN & STERLING LLP** |
| By: <u>Sergei Zaslavsky</u>* | By: <u>Adam S. Hakki</u> * |
| Andrew J. Frackman<br>Michael M. Klotz<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>afrackman@omm.com<br>mklotz@omm.com | Adam S. Hakki<br>Grace J. Lee<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>adam.hakki@shearman.com<br>grace.lee@shearman.com |
| Sergei Zaslavsky<br>Adam Walker<br>1625 Eye St, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>szaslavsky@omm.com<br>awalker@omm.com | John F. Cove, Jr.<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-2997<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>john.cove@shearman.com |
| *Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets, LLC* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc.* |

\*   Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5(b).