March 16, 2023

**Via ECF**

Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 392.*

*SO ORDERED.*

*March 17, 2023*

    Re: *City of Philadelphia, et al. v. Bank of Am. Corp., et al.*, 19-cv-1608 (JMF)

Dear Judge Furman:

    Pursuant to Rule 7 of the Court's Individual Rules and Practices in Civil Cases, and the Stipulation and Order Regarding Redaction and Sealing Process for Class Certification Briefing (Dkt. No. 358), Defendants, on behalf of all parties, hereby seek leave to file by ECF, Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Defendants' Motion to Exclude Expert Testimony, and supporting document (the "Opposition Papers") (Dkt. Nos. 386-391) with certain confidential documents and information sealed or redacted.[1]  An index listing all material that the parties seek to file in redacted form or under seal is attached as Exhibit 1.  The parties have met and conferred regarding each's proposed redactions and documents to be filed under seal, and no party opposes the requests of any other party.

    The parties' respective justifications for sealing or redacting those materials under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), and its progeny, are set forth below.  While the parties acknowledge that the materials to be redacted or sealed are judicial documents to which the presumption of public access attaches, they believe that in balancing the competing considerations against the presumption of access, the Court should grant the parties' motion.

    ***Defendants' information.***  Defendants have substantially narrowed the scope of their confidentiality designations with respect to Defendants' discovery material previously designated as Confidential or Highly Confidential and filed, quoted from, or referenced in the Opposition Papers.  The materials that Defendants wish to keep confidential and have filed in redacted form or under seal are documents and testimony that discuss specific and sensitive

---

[1] Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, along with the supporting Declaration of Brandon Gould ("Gould Declaration") and exhibits, were filed on February 9, 2023, with restricted access.  Dkt. Nos. 390-391.  Included as exhibits to the Gould Declaration were the Expert Report of John Chalmers ("Chalmers Report") (Dkt. No. 391-1) and the Expert Report of Glenn Hubbard ("Hubbard Report") (Dkt. No. 391-2).  Defendants' Motion to Exclude Expert Testimony, including the Memorandum of Law in Support of Defendant's Motion to Exclude Expert Testimony, and the supporting Declaration of S. Conrad Scott ("Scott Declaration") were also filed on February 9, 2023, with restricted access.

information related to Defendants' rate-setting processes, handling of VRDO inventory and inventory limits, and handling of bonds unable to be remarketed, among other items.

Filing these materials in redacted or sealed form is consistent with the standards for sealing in the Second Circuit. Courts in the Second Circuit and the Southern District of New York have held that it is appropriate to seal commercially sensitive "business information that might harm a litigant's competitive standing." *New York v. Actavis, PLC*, No. 14-CV-7473 (RWS), 2014 WL 5353774, at *3 (S.D.N.Y. Oct. 21, 2014); *see also City of Providence v. BATS Glob. Markets, Inc.*, No. 14-CV-2811 (JMF), 2022 WL 539438, at *2 (S.D.N.Y. Feb. 23, 2022) (allowing for sealing of documents based on potential harm to competitive standing). In order to avoid creating a competitive disadvantage for a litigant, courts regularly allow the sealing of commercially sensitive information, including "trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like." *Tyson Foods, Inc. v. Keystone Foods Holdings, Ltd.*, No. 1:19-CV-010125 (ALC), 2020 WL 5819864, at *2 (S.D.N.Y. Sept. 30, 2020).

The documents and testimony Defendants wish to keep confidential fall within the scope of confidential and sensitive commercial information that should be sealed. These documents include:

- Documents and testimony (and descriptions of the same) related to Defendants' pricing methodologies that provide specific information about analysis conducted and inputs used to determine Defendants' rates, and other specific processes related to rate-setting. *See* Dkt. No. 389 at nn.7, 12, p. 23; Dkt. No. 388-1 at 136:2-12, 136:18-137:5, 207:6-7; Dkt. No. 388-7 at 29:20-30:5, 30:13-20; Dkt. No. 388-8 at pp. 2-3; Dkt. No. 388-10 at 37:5-38:17; Dkt. No. 388-14 at 60:25-63:25, 78:16-80:14; Dkt. No. 388-15 at 49:15-50:17; Dkt. No. 388-16 at 75:13-76:3; Dkt. No. 388-19 at 114:16-116:25; Dkt. No. 388-20 at 138:19-139:25; Dkt. No. 388-22 at pp. 2-3; Dkt. No. 388-23 at p. 1; Dkt. No. 390 at pp. 5-6 & n. 8; Dkt. No. 391-1 at p. 12 n.34, p. 16 & n.47, p. 28 n.99, p.48 n.177; Dkt. No. 391-2 at p. 60 n.170, p. 81-82 nn. 236, 240, 244, pp. 90-103 & nn. 275-77, 280-85, 287-88, 290, 295-298, 300, 314, 318-21, 323, 325-26, 331-32, 334, 336-37, 339-40, p. 106 n.349. p. 107 n.360, p. 130, p. 159 n.455, p. 192 n.536, pp. 194-95 nn.544, 548, p. .224 n.597; Dkt. No. 391-3 at 49:15-50:17, 54:5-55:9; Dkt. No. 391-6 at pp. 2-5; Dkt. No. 391-7 at 44:24-53:7; Dkt. No. 391-8 at pp. 2-3; Dkt. No. 391-9 at 99:19-101:16; Dkt. No. 391-12 at 84:12-85:17, 85:22-25, 86:11-25, 141:25-142:10; Dkt. No. 391-13 at 72:15-78:14, 80:12-83:17, 114:2-117:24, 146:2-148:24; Dkt. No. 391-15; Dkt. No. 391-17 at 87:2-90:6, 178:7-179:6; Dkt. No. 391-18 at pp. 2-7; Dkt. No. 391-19 at 72:8-12, 86:12-88:17, 94:23-24, Dkt. No. 391-20 at 165:2-168:12; Dkt. No. 391-21 at 45:6-46:12, 192:6-193:16; Dkt. No. 391-22 at 63:2-64:16, 65:8-12, 72:15-24, 200:9-10, 200:23-24, 201:13-202:14, Dkt. No. 391-23 at 248:23-251:25, 274:2-280:25; Dkt. No. 391-24 at 97:2-99:23, 114:13-116:25, Dkt. No. 391-25 at 135:19-22; Dkt. No. 391-26 at p. 1; Dkt. No. 391-27 at pp. 2-3; Dkt. No. 391-29; Dkt. No. 391-30 at 147:12-150:25; Dkt. No. 391-31 at 53:2-22, 54:2-55:3, 55:5-18, 55:24-56:12, 56:16-20, 57:8-10, 57:17-25; Dkt. No. 391-32 at 35:12-36:22; Dkt. No. 391-35 at 95:3-18; Dkt. No. 391-36 at 57:2-10, 58:23-59:5, 59:23-60:3; Dkt. No. 391-40 at 97:17-98:17, 99:8-100:23; Dkt. No. 391-41 at 56:10-59:8; Dkt. No. 391-83 at 29:12-30:13; Dkt. No. 391-84 at p. 3; Dkt. No. 391-85 at pp. 1-2; Dkt. No.

391-87 at pp. 2-6.  Disclosure of this information would allow competitors to essentially re-create portions of Defendants' proprietary pricing methodologies and rate-setting processes. While some of these materials may be from before 2010, similar or identical processes are still in place today

- Testimony related to Defendants' handling of bonds they were unable to remarket.  *See* Dkt. No. 391-78 at 183:4-10.  Disclosure of this information would allow competitors to strategically market their handling of similar circumstances against Defendants' practices.
- Documents and testimony (and descriptions of same) related to Defendants' tracking of VRDO inventory, inventory levels on specific CUSIPs, handling of inventory, and inventory limits.  *See* Dkt. No. 388-10 at 109:19-110:7; Dkt. No. 388-15 at 96:5-25; Dkt. No. 391-1 at p. 50, pp. 133-35 & nn. 473, 477, 480, 484, p. 140, p. 142 & n.516, pp. 146-47 & nn. 538-40, pp. 152, 158, 168, 171-72, Appendix D: Exhibits 39, 41, 42, 45, 53; Dkt. No. 391-2 at p. 256 nn. 652, 654-55, p. 257 n.658, pp. 260-61 & nn.662, 665, pp. 263-64 & nn. 672, pp. 267-68 & nn. 679-80, 682-83, pp. 270-71 & nn.688, pp. 691-92; Dkt. No. 391-42 at 28:9-29:4; Dkt. No. 391-78 at 183:4-10, 184:6-186:24.  Disclosure of this information would allow competitors to evaluate Defendants' specific risk limits and inventory systems, and to adjust their processes to compete against Defendants accordingly.
- Documents and testimony (and descriptions of same) related to comparisons of Defendants' rates to competitors, client development strategies, and positioning in the market.  *See* Dkt. No. 388-20 at 137:4-138:13; Dkt. No. 391-2 at pp. 39-41 nn.116, 118, p. 46 n.133, pp. 47-48 nn.137, 138, p. 162 n.467; Dkt. No. 391-77 at 124:21-25.  Disclosure of these materials could allow competitors to strategically position themselves against Defendants, to the competitive detriment of Defendants.
- Documents and testimony (and descriptions of same) related to remarketing fees charged by Defendants.  *See* Dkt. No. 391-2 at p. 47 n.138; Dkt. No. 391-19 at 115:2-14.  Disclosure of this information could allow competitors to strategically position themselves against Defendants, to the competitive detriment of Defendants.
- Documents and testimony (and descriptions of the same) related to costs associated with carrying VRDOs on Defendants' books.  *See* Dkt. No. 388-22 at p. 2; Dkt. No. 391-2 at p. 61 n.174; Dkt. No. 391-6 at p. 3; Dkt. No. 391-8 at p. 2; Dkt. No. 391-78 at 184:6-19, 185:3-186:24.  Similar to the materials discussed above, disclosure of these materials could allow competitors to position themselves favorably against Defendants in the market.
- Documents and testimony (and descriptions of the same) related to internal strategy and presentations, and compliance decisions and procedures of Defendants.  *See* Dkt. No. 388-11 at 19:21-20:16; Dkt. No. 388-18 at 28:9-29:5; Dkt. No. 391-2 at p. 155 nn. 444-45, p. 239 n.623, p. 246 n.639; Dkt. No. 391-24 at 199:7-25, 232:3-235:25.  Disclosure of this sensitive strategy and compliance material would allow great access into Defendants' internal decision-making processes, that could be used to Defendant's disadvantage.
- Descriptions and quotes from documents and testimony related to advice provided to clients of Defendants, and Defendants' clients' discussions of proprietary financing strategies.  *See* Dkt. No. 391-1 at p. 63 & n.232; Dkt. No. 391-2 at p. 167 n. 482, p. 173 n. 499.  Similar to the materials discussed above, disclosure of these materials could allow competitors to position themselves favorably against Defendants in the market.

3

- Documents and testimony (and descriptions of same) related to government investigations into VRDOs.  *See* Dkt. No. 391-2 at p. 143 & n.407; Dkt. No. 391-86; Dkt. No. 391-84 at p. 3; Dkt. No. 391-86 at p. 2.  Government regulators have kept these investigations confidential and they have not been publicly disclosed.

*Plaintiffs' information.* In response to Defendants' extensive citation to, and discussion of, internal financial matters of the Named Plaintiffs found in confidential discovery material, and consistent with the legal authorities cited above, Plaintiffs request the sealing of only certain confidential information in three specific categories:

- Documents and testimony related to the Named Plaintiffs' financial strategies for and performance of VRDO issuances.  *See* Dkt. No. 390 at pp. 15-16 & n.20, p. 45 n.54, p. 48 n.62; Dkt. No. 391-1 at p. 8, p. 9 n.23, p. 18 n.55, p. 19 n.62, pp. 20-21 & nn.63-65, 69-70, pp. 23-24 & nn.77-78, 83, p. 32, p. 49 n.177, p. 50 n.179, p. 52 & n.186, p. 54 n.195, p. 62 & n.229, p. 72 n.253, p. 134-35, p. 146, p. 148 n.548, p. 168; Dkt. No. 391-2 at p. 36 n.108, pp. 39-40 n.116, pp. 41-42 & n.120-21, p. 44 n.128, pp. 46-47 & nn.136-37, p. 150 n.428, p. 173 n.497, p. 256 & n.655, p. 260 & n.663, p.261 & n.666, p.263 & n.672, p.270 n.690; Dkt. No. 391-45; Dkt. No. 391-46; Dkt. No. 391-66; and Dkt. No. 391-69.

- Documents and testimony related to the Named Plaintiffs' entry into interest rate swaps, including the confidentially negotiated economic terms thereof.  *See* Dkt. No. 390 at p. 35, p. 36 n.34, p. 37 & n.37, p. 40 & nn.45-46, p. 41 n.48, p. 42 n.49; Dkt. No. 391-1 at p. 72 n.253, pp. 73-74 & nn.254, 257-58, p. 74 & n.258, p. 75 & nn.262-63, pp. 76-81, p. 82 & n.291, p.84 & n.310, p. 85 & n.311, p. 88 & n.322, p. 90 & n.325, p. 91 & n.327, p. 93 & n.339, p. 94 nn.339, 342, p. 96 & n.352, p. 97 & nn.357-59, pp. 98-99 & nn.363-64, 368, p. 100 nn.368, 370-71, p. 101 Ex. 25, pp. 114-15, p. 137, p. 162-63, Appx. D–Ex. 22, Appx. D–Ex. 28 n.1, Appx. D–Ex. 34; Dkt. No. 391-44; Dkt. No. 391-50; Dkt. No. 391-61; Dkt. No. 391-63; Dkt. No. 391-66; Dkt. No. 391-68; and Dkt. No. 391-79.

- Sensitive material in the expert report of Plaintiffs' expert Professor William Schwert, which quantifies the impact of Defendants' alleged artificial inflation of VRDO rates and calculates his initial estimate of class damages therefrom (the same subject matter the Court permitted to be sealed when granting temporarily the Parties' December 1, 2022 joint letter motion to seal that was filed in connection with Plaintiffs' motion for class certification (Dkt. No. 372)).  *See* Dkt. No. 390 at p. 18, p. 24; Dkt. No. 391-1 at p. 12, Ex. 1, p. 14 Ex. 2 & n.42, p. 22 Ex. 3, p. 36 & n.132, p. 50, p. 63 Ex. 13, p. 66 & Ex. 15, p. 68 n.244, p. 69, p. 70, pp. 76-84 & Ex. 20-22, p. 86, p. 101 Ex. 25, p. 117 Ex. 36, p. 128, p. 129, p. 130 & n.466, p. 136, p. 138, p. 144 & n.526, p. 148, p. 149, p. 153, p. 154, p. 156, p. 161, p. 166, p. 167, p. 169, p. 179, Appx. D–Exs. 1-3, Appx. D–Ex. 13, Appx. D–Ex. 15, Appx. D–Exs. 20-22, Appx. D–Ex. 36; Dkt. No. 391-2 at p. 7, p. 50, p. 176, p.177, p. 197, p. 203, p. 208, p. 211, p. 213, p. 220, p. 247, p. 248, p. 257 & n.659.

*Third party information.* Defendants, on behalf of third parties, also request permission to seal or redact, as applicable, certain confidential business and personal information of third parties that is quoted and discussed in the Opposition Papers.  The relevant third parties provided such information during discovery pursuant to document and deposition subpoenas, and subject

4

to the Stipulated Protective Order. Defendants have contacted all relevant third parties to request permission to disclose this information publicly, but in some cases have not received permission from third parties to do so.

Because it could be commercially harmful to the third parties to publicly disclose such information, courts in this District have held that third-party confidential information warrants sealing over public access. *See, e.g., Dodona I, LLC v. Goldman, Sachs & Co.*, 119 F. Supp. 3d 152, 156-57 (S.D.N.Y. 2015) (finding that sensitive personal information of employees and third parties, as well as customer information regarding trading strategies, objectives, and transactions, constitute the "type of information [that] overcomes the presumption of public disclosure"); *see also United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) ("We have previously held that '[t]he privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation.'") (citations omitted). Accordingly, sensitive third-party information has been authorized to be redacted from a motion for class certification. *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, 2022 U.S. Dist. LEXIS 140126, at *2-4 (S.D.N.Y. Aug. 4, 2022). To the extent that Defendants receive permission from additional third parties to file these materials publicly, Defendants will notify the Court and modify this request accordingly.

\*   \*   \*

Accordingly, on behalf of the parties, Defendants respectfully request that the portions of Defendants' memoranda of law in opposition to class certification and to exclude expert testimony, Defendants' expert reports, Exhibits 1, 7, 8, 10, 11, 14-16, 18, 19, 20, 22, and 23 to the Scott Declaration, and Exhibits 3, 6-9, 12, 13, 17-27, 29-33, 35, 36, 40-42, 79, 80, and 85-89 to the Gould Declaration, highlighted in green (as indexed in Exhibit 1 hereto) be permitted to be filed in redacted form. All such materials are being filed with this letter-motion in both redacted and highlighted form, in accordance with Rule 7.C.iii of the Court's Individual Rules and Practices in Civil Cases.[2]

On behalf of the parties, Defendants respectfully further request that Exhibit 12 to the Scott Declaration and Exhibits 15, 44-46, 50, 57, 62, 64, 67-70, 72, 81, and 90 to the Gould Declaration (as also indexed in Exhibit 1), which were filed under seal on February 9, 2023, be permitted to remain under seal.

Respectfully submitted,

---

[2] Defendants' filings made on February 9, 2023 highlighted in yellow the relevant portions of certain deposition transcripts cited in the Opposition Papers.

5

| | |
|---|---|
| **COVINGTON & BURLING LLP** | **JONES DAY** |
| By: <u>s/ Robert D. Wick</u> | By: <u>Michael P. Conway*</u> |
| Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Robert D. Wick<br>Brandon Gould<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>rwick@cov.com<br><br>*Attorneys for Defendants JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC* | Jayant W. Tambe<br>Laura Washington Sawyer<br>Céalagh P. Fitzpatrick<br>Meredith Christian<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone: (212) 326-3604<br>Fax: (212) 755-7306<br>jtambe@jonesday.com<br>lwsawyer@jonesday.com<br>cfitzpatrick@jonesday.com<br><br>Michael P. Conway<br>110 N. Upper Wacker Dr.<br>Chicago, IL 60606<br>Telephone: (312) 269-4145<br>Fax: (312) 782-8585<br>mconway@jonesday.com<br><br>*Attorneys for Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., Wells Fargo Funds Management, LLC, and Wells Fargo Securities LLC* |

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By: <u>Noah Levine</u>* | By: <u>Boris Bershteyn</u>* |
| Noah Levine<br>Chris Johnstone<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>noah.levine@wilmerhale.com<br>chris.johnstone@wilmerhale.com | Boris Bershteyn<br>Lara Flath<br>Kamali P. Willett<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Fax: (917) 777-3834<br>boris.bershteyn@skadden.com<br>lara.flath@skadden.com<br>kamali.willett@skadden.com |
| Heather Nyong'o<br>Cleary Gottlieb Steen & Hamilton LLP<br>650 California Street, Suite 2000<br>San Francisco, CA 94108<br>Telephone: (650) 815-4140<br>hnyongo@cgsh.com | Gretchen Wolf<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411<br>gretchen.wolf@skadden.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC)* | *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* |

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| By: <u>Susanna M. Buergel</u>* | By: <u>Robert Y. Sperling</u>* |
| Brad S. Karp<br>Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3553<br>Fax: (212) 492-0553<br>bkarp@paulweiss.com<br>sbuergel@paulweiss.com<br><br>Kenneth A. Gallo<br>Jane B. O'Brien<br>Lina Dagnew<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7356<br>Fax: (202) 204-7356<br>kgallo@paulweiss.com<br>jobrien@paulweiss.com<br>ldagnew@paulweiss.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited* | Robert Y. Sperling<br>Staci Yablon<br>William B. Michael<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3396<br>Fax: (212) 492-4018<br>syablon@paulweiss.com<br>rsperling@paulweiss.com<br>wmichael@paulweiss.com<br><br>Paul D. Brachman<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7440<br>Fax: (202) 379-4098<br>pbrachman@paulweiss.com<br><br>*Attorneys for Defendant Goldman Sachs & Co. LLC* |

| **O'MELVENY & MYERS LLP** | **SHEARMAN & STERLING LLP** |
|---|---|
| By: <u>Sergei Zaslavsky</u>* | By: <u>Adam S. Hakki</u>* |
| Andrew J. Frackman<br>Michael M. Klotz<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>afrackman@omm.com<br>mklotz@omm.com | Adam S. Hakki<br>Grace J. Lee<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>adam.hakki@shearman.com<br>grace.lee@shearman.com |
| Sergei Zaslavsky<br>Adam Walker<br>1625 Eye St, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>szaslavsky@omm.com<br>awalker@omm.com | John F. Cove, Jr.<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-2997<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>john.cove@shearman.com |
| *Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets, LLC* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc.* |

\*   Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5(b).

cc:   All counsel of record (via ECF)

**Exhibit 1**

| Document | Request for Redactions or to Seal in Full? | Location of Requested Redactions | Redactions or Sealing Requested By |
|---|---|---|---|
| Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony (Dkt. No. 389) | Redactions | Footnote 7 | Defendants |
| | | Footnote 9 | Defendants o/b/o third parties |
| | | Footnote 10 | Defendants |
| | | Page 23 | Defendants |
| Scott Decl., Exhibit 1 (Dkt. No. 388-1) | Redactions | Pages 136-37, 207 | Defendants |
| Scott Decl., Exhibit 7 (Dkt. No. 388-7) | Redactions | Pages 29-30 | Defendants |
| Scott Decl., Exhibit 8 (Dkt. No. 388-8) | Redactions | Pages 2-3 | Defendants |
| Scott Decl., Exhibit 10 (Dkt. No. 388-10) | Redactions | Pages 37-38, 109-110 | Defendants |
| Scott Decl., Exhibit 11 (Dkt. No. 388-11) | Redactions | Pages 19-20 | Defendants |
| Scott Decl., Exhibit 12 (Dkt. No. 388-12) | Seal | | Defendants o/b/o third parties |
| Scott Decl., Exhibit 14 (Dkt. No. 388-14) | Redactions | Pages 60-63, 78-80 | Defendants |
| Scott Decl., Exhibit 15 (Dkt. No. 388-15) | Redactions | Pages 49-50, 96 | Defendants |
| Scott Decl., Exhibit 16 (Dkt. No. 388-16) | Redactions | Pages 75-76 | Defendants |
| Scott Decl., Exhibit 18 (Dkt. No. 388-18) | Redactions | Pages 28-29 | Defendants |
| Scott Decl., Exhibit 19 (Dkt. No. 388-19) | Redactions | Pages 114-16 | Defendants |
| Scott Decl., Exhibit 20 (Dkt. No. 388-20) | Redactions | Pages 137-39 | Defendants |
| Scott Decl., Exhibit 22 (Dkt. No. 388-22) | Redactions | Pages 2-3 | Defendants |
| Scott Decl., Exhibit 23 (Dkt. No. 388-23) | Redactions | Pages 1-2 | Defendants |
| Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 390) | Redactions | Pages 5-6 & footnote 8 | Defendants |
| | | Pages 15-16 & footnote 20 | Plaintiffs |
| | | Page 18 | Plaintiffs |
| | | Page 24 | Plaintiffs |
| | | Page 35 | Plaintiffs |
| | | Footnote 34 | Plaintiffs |
| | | Page 37 & footnote 37 | Plaintiffs |

| | | | |
|---|---|---|---|
| | | Page 40 & footnote 45-46 | Plaintiffs |
| | | Footnote 46 | Defendants o/b/o third parties |
| | | Footnote 48 | Plaintiffs |
| | | Footnote 49 | Plaintiffs |
| | | Footnote 54 | Plaintiffs |
| | | Footnote 62 | Plaintiffs |
| | | Footnote 53 | Defendants o/b/o third parties |
| | | Footnote 62 | Defendants o/b/o third parties |
| Declaration of Brandon Gould | Redactions | Pages 5-7 | Defendants o/b/o third parties |
| Expert Report of John Chalmers (Dkt. No. 391-1) | Redactions | Page 8 | Plaintiffs |
| | | Footnote 23 | Plaintiffs |
| | | Page 12 | Plaintiffs |
| | | Footnote 34 | Defendants |
| | | Page 14 & footnote 42 | Plaintiffs |
| | | Page 16 & footnote 47 | Defendants |
| | | Footnote 55 | Plaintiffs |
| | | Page 19 & footnotes 59, 61 | Defendants o/b/o third parties |
| | | Footnote 62 | Plaintiffs |
| | | Pages 20-21 & footnotes 63-65, 69-70 | Plaintiffs |
| | | Page 22 | Plaintiffs |
| | | Pages 23-24 & footnotes 77-78, 83 | Plaintiffs |
| | | Footnotes 79, 80 | Defendants o/b/o third parties |
| | | Footnote 99 | Defendants |
| | | Page 32 | Plaintiffs |
| | | Page 36 and footnote 132 | Plaintiffs |
| | | Footnote 151 | Defendants o/b/o third parties |
| | | Footnote 177 | Defendants (redactions on page 48)<br><br>Defendants o/b/o third parties (redactions on page 49) |

|  |  |  | Plaintiffs |
|---|---|---|---|
|  |  | Footnote 179 | Defendants o/b/o third parties and Plaintiffs |
|  |  | Page 50 | Defendants and Plaintiffs |
|  |  | Page 52 & footnote 186 | Plaintiffs |
|  |  | Footnote 195 | Plaintiffs |
|  |  | Page 62 & footnotes 229, 230 | Defendants o/b/o third parties and Plaintiffs |
|  |  | Page 63 & footnote 232 | Defendants and Plaintiffs |
|  |  | Page 66 | Plaintiffs |
|  |  | Footnote 244 | Plaintiffs |
|  |  | Pages 69-70 | Plaintiffs |
|  |  | Footnote 253 | Plaintiffs |
|  |  | Pages 73-74 & footnotes 254, 257-58 | Plaintiffs |
|  |  | Page 75 & footnotes 262-63 | Plaintiffs |
|  |  | Footnotes 259, 270, 271 | Defendants o/b/o third parties |
|  |  | Pages 76-84 | Plaintiffs |
|  |  | Pages 78-79 & footnotes 277, 284 | Defendants o/b/o third parties |
|  |  | Footnote 289 | Defendants o/b/o third parties |
|  |  | Pages 81-82 & footnotes 291-93 | Defendants o/b/o third parties |
|  |  | Page 82 & footnote 291 | Plaintiffs |
|  |  | Pages 84-86 & footnotes 310-11 | Plaintiffs |
|  |  | Page 87 & footnote 318 | Defendants o/b/o third parties |
|  |  | Page 88 & footnote 322 | Plaintiffs |
|  |  | Page 90 & footnote 325 | Plaintiffs |
|  |  | Page 91 & footnote 327 | Plaintiffs |
|  |  | Pages 91-92 & footnotes 328, 332-33 | Defendants o/b/o third parties |
|  |  | Page 93 & footnote 339 | Plaintiffs |
|  |  | Footnote 339, 342 | Plaintiffs |
|  |  | Pages 96-99 & footnotes 349, 351, 354, 356, 362, 364-65 | Defendants o/b/o third parties |

|  |  | Page 96 & footnote 352 | Plaintiffs |
|---|---|---|---|
|  |  | Page 97 & footnotes 357-59 | Plaintiffs |
|  |  | Pages 98-99 & footnotes 363-64, 368 | Plaintiffs |
|  |  | Footnotes 368, 370-71 | Plaintiffs |
|  |  | Footnotes 369, 371 | Defendants o/b/o third parties |
|  |  | Page 101 | Plaintiffs |
|  |  | Pages 102-03 & footnotes 378-79 | Defendants o/b/o third parties |
|  |  | Footnote 397 | Defendants o/b/o third parties |
|  |  | Page 114-15 | Plaintiffs |
|  |  | Page 117 | Plaintiffs |
|  |  | Footnotes 415-16 | Defendants o/b/o third parties |
|  |  | Page 118 & footnote 420 | Defendants o/b/o third parties |
|  |  | Footnote 431 | Defendants o/b/o third parties |
|  |  | Page 127 & footnote 456 | Defendants o/b/o third parties |
|  |  | Pages 128-30 & footnote 466 | Plaintiffs |
|  |  | Page 131 & footnote 467 | Defendants o/b/o third parties |
|  |  | Pages 133-35 & footnotes 473, 477, 481, 484 | Defendants and Plaintiffs |
|  |  | Page 136-38 | Plaintiffs |
|  |  | Footnote 495 | Defendants o/b/o third parties |
|  |  | Page 140 | Defendants |
|  |  | Page 142 & footnote 516 | Defendants |
|  |  | Page 143 & footnote 519 | Defendants o/b/o third parties |
|  |  | Footnote 526 | Plaintiffs |
|  |  | Pages 146-47 & footnotes 538-40 | Defendants and Plaintiffs |
|  |  | Pages 148-49 & footnote 548 | Defendants o/b/o third parties and Plaintiffs |
|  |  | Page 152 | Defendants |
|  |  | Page 153-54 | Plaintiffs |
|  |  | Page 156 | Plaintiffs |

| | | | |
|---|---|---|---|
| | | Page 158 | Defendants |
| | | Page 161-63 | Plaintiffs |
| | | Footnote 587 | Defendants o/b/o third parties |
| | | Pages 166-67 | Plaintiffs |
| | | Page 168 | Defendants |
| | | Page 169 | Plaintiffs |
| | | Pages 171-72 | Defendants |
| | | Pages 175-77 & footnotes 638, 644, 648 | Defendants o/b/o third parties |
| | | Page 179 | Plaintiffs |
| | | Appendix D, Exhibits 1-3, 13, 15, 20-22, 28 n.1, 34, 36 | Plaintiffs |
| | | Appendix D, Exhibits 39, 41, 42, 45, 53 | Defendants |
| Expert Report of Glenn Hubbard (Dkt. No. 391-2) | Redactions | Page 7 | Plaintiffs |
| | | Footnote 108 | Plaintiffs |
| | | Footnote 116 | Defendants and Plaintiffs |
| | | Footnote 117 | Defendants o/b/o third parties |
| | | Footnote 118 | Defendants |
| | | Pages 41-42 & footnotes 120-21 | Plaintiffs |
| | | Footnote 128 | Plaintiffs |
| | | Footnote 133 | Defendants |
| | | Pages 46-47 & footnotes 136-37 | Plaintiffs |
| | | Footnotes 137-38 | Defendants |
| | | Page 50 | Plaintiffs |
| | | Footnote 174 | Defendants |
| | | Footnote 177 | Defendants o/b/o third parties |
| | | Footnote 234 | Defendants |
| | | Page 81 & footnotes 236, 240 | Defendants |
| | | Footnote 244 | Defendants |
| | | Pages 90-103 and footnotes 275-77, 280-85, 287-88, 290, 295-298, 300, 314, 318-21, 323, 325-26, 331-32, 334, 336-37, 339-40 | Defendants |
| | | Footnote 349 | Defendants |
| | | Footnote 360 | Defendants |

| | | | |
|---|---|---|---|
| | | Page 130 | Defendants |
| | | Page 143 & footnote 407 | Defendants |
| | | Footnote 428 | Plaintiffs |
| | | Footnote 444 | Defendants |
| | | Footnote 455 | Defendants |
| | | Footnote 467 | Defendants |
| | | Footnote 482 | Defendants o/b/o third parties |
| | | Footnote 497 | Plaintiffs |
| | | Footnote 499 | Defendants |
| | | Page 176 | Plaintiffs |
| | | Page 177 | Plaintiffs |
| | | Footnote 536 | Defendants |
| | | Footnote 544 | Defendants |
| | | Page 197 | Plaintiffs |
| | | Page 203 | Plaintiffs |
| | | Page 208 | Plaintiffs |
| | | Page 211 | Plaintiffs |
| | | Page 213 | Plaintiffs |
| | | Page 220 | Plaintiffs |
| | | Footnote 623 | Defendants |
| | | Footnote 639 | Defendants |
| | | Page 247 | Plaintiffs |
| | | Page 248 | Plaintiffs |
| | | Page 256 & footnotes 652, 654-55 | Defendants |
| | | Page 256 & footnote 655 | Plaintiffs |
| | | Footnote 658 | Defendants |
| | | Page 257 & footnote 659 | Plaintiffs |
| | | Pages 260-61 & footnote 662, 665 | Defendants |
| | | Page 260 & footnote 663 | Plaintiffs |
| | | Page 261 & footnote 666 | Plaintiffs |
| | | Pages 263-64 & footnote 672 | Defendants and Plaintiffs |
| | | Pages 267-68 & footnotes 679-80, 682-83 | Defendants |
| | | Pages 270-71 and footnote 688, 690-92 | Defendants and Plaintiffs |
| Gould Declaration Exhibit 3 (Dkt. No. 391-3) | Redactions | Pages 49-50, 54-55 | Defendants |
| Gould Declaration Exhibit 6 (Dkt. No. 391-6) | Redactions | Pages 2-4 | Defendants |

| Gould Declaration Exhibit 7 (Dkt. No. 391-7) | Redactions | Pages 44-53 | Defendants |
|---|---|---|---|
| Gould Declaration Exhibit 8 (Dkt. No. 391-8) | Redactions | Pages 2-3 | Defendants |
| Gould Declaration Exhibit 9 (Dkt. No. 391-9) | Redactions | Pages 99-101 | Defendants |
| Gould Declaration Exhibit 12 (Dkt. No. 391-12) | Redactions | Pages 84-86, 141-42 | Defendants |
| Gould Declaration Exhibit 13 (Dkt. No. 391-13) | Redactions | Pages 72-78, 80-83, 114-17, 146-48 | Defendants |
| Gould Declaration Exhibit 15 (Dkt. No. 391-15) | Seal | | Defendants |
| Gould Declaration Exhibit 17 (Dkt. No. 391-17) | Redactions | Pages 87-90, 178-79 | Defendants |
| Gould Declaration Exhibit 18 (Dkt. No. 391-18) | Redactions | Pages 2-7 | Defendants |
| Gould Declaration Exhibit 19 (Dkt. No. 391-19) | Redactions | Pages 72, 86-88, 94, 115 | Defendants |
| Gould Declaration Exhibit 20 (Dkt. No. 391-20) | Redactions | Pages 165-68 | Defendants |
| Gould Declaration Exhibit 21 (Dkt. No. 391-21) | Redactions | Pages 45-46, 192-93 | Defendants |
| Gould Declaration Exhibit 22 (Dkt. No. 391-22) | Redactions | Pages 63-65, 72, 200-02 | Defendants |
| Gould Declaration Exhibit 23 (Dkt. No. 391-23) | Redactions | Pages 248-51, 274-80 | Defendants |
| Gould Declaration Exhibit 24 (Dkt. No. 391-24) | Redactions | Pages 97-99, 114-16, 199, 232-235 | Defendants |
| Gould Declaration Exhibit 25 (Dkt. No. 391-25) | Redactions | Page 135 | Defendants |

| | | | |
|---|---|---|---|
| Gould Declaration Exhibit 26 (Dkt. No. 391-26) | Redactions | Pages 1-2 | Defendants |
| Gould Declaration Exhibit 27 (Dkt. No. 391-27) | Redactions | Pages 2-3 | Defendants |
| Gould Declaration Exhibit 29 (Dkt. No. 391-29) | Redactions | | Defendants |
| Gould Declaration Exhibit 30 (Dkt. No. 391-30) | Redactions | Pages 147-150 | Defendants |
| Gould Declaration Exhibit 31 (Dkt. No. 391-31) | Redactions | Pages 53-57 | Defendants |
| Gould Declaration Exhibit 32 (Dkt. No. 391-32) | Redactions | Pages 35-36 | Defendants |
| Gould Declaration Exhibit 33 (Dkt. No. 391-33) | Redactions | Errata | Defendants |
| Gould Declaration Exhibit 35 (Dkt. No. 391-35) | Redactions | Page 95 | Defendants |
| Gould Declaration Exhibit 36 (Dkt. No. 391-36) | Redactions | Pages 57-60 | Defendants |
| Gould Declaration Exhibit 40 (Dkt. No. 391-40) | Redactions | Pages 97-100 | Defendants |
| Gould Declaration Exhibit 41 (Dkt. No. 391-41) | Redactions | Pages 56-59 | Defendants |
| Gould Declaration Exhibit 42 (Dkt. No. 391-42) | Redactions | Pages 28-29 | Defendants |
| Gould Declaration Exhibit 44 (Dkt. No. 391-44) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 45 (Dkt. No. 391-45) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 46 (Dkt. No. 391-46) | Seal | | Plaintiffs |

| Gould Declaration Exhibit 50 (Dkt. No. 391-50) | Seal | | Plaintiffs |
|---|---|---|---|
| Gould Declaration Exhibit 57 (Dkt. No. 391-56) | Seal | | Defendants o/b/o third parties |
| Gould Declaration Exhibit 62 (Dkt. No. 391-61) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 64 (Dkt. No. 391-63) | Seal | | Defendants o/b/o third parties and Plaintiffs |
| Gould Declaration Exhibit 67 (Dkt. No. 391-66) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 68 (Dkt. No. 391-67) | Seal | | Defendants o/b/o third parties |
| Gould Declaration Exhibit 69 (Dkt. No. 391-68) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 70 (Dkt. No. 391-69) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 72 (Dkt. No. 391-71) | Seal | | Defendants o/b/o third parties |
| Gould Declaration Exhibit 79 (Dkt. No. 391-77) | Redactions | Page 124 | Defendants |
| Gould Declaration Exhibit 80 (Dkt. No. 391-78) | Redactions | Pages 183-86 | Defendants |
| Gould Declaration Exhibit 81 (Dkt. No. 391-79) | Seal | | Plaintiffs |
| Gould Declaration Exhibit 85 (Dkt. No. 391-83) | Redactions | Pages 29-30 | Defendants |
| Gould Declaration Exhibit 86 (Dkt. No. 391-84) | Redactions | Page 3 | Defendants |
| Gould Declaration Exhibit 87 (Dkt. No. 391-85) | Redactions | Pages 1-2 | Defendants |

| Gould Declaration Exhibit 88 (Dkt. No. 391-86) | Redactions | Page 2 | Defendants |
| --- | --- | --- | --- |
| Gould Declaration Exhibit 89 (Dkt. No. 391-87) | Redactions | Pages 2-6 | Defendants |
| Gould Declaration Exhibit 90 (Dkt. No. 391-88) | Seal | | Defendants o/b/o third parties |