# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By ECF**

March 20, 2023

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 1007-1501

Re: *The City of Philadelphia v. Bank of Am. Corp.*, 19-cv-1608 (JMF)

Dear Judge Furman:

I write on behalf of all Defendants to request the formal sealing of Exhibit 2 to the Declaration of Brandon Gould (ECF 398-2). That exhibit was inadvertently filed without redactions properly applied and it has been placed under temporary emergency seal by the Clerk's Office.

Defendants also request permission to file under seal a forthcoming letter attaching updated clean and redlined versions of Exhibit 2 that incorporate certain technical corrections to that exhibit. Upon filing that letter, Defendants will file an updated, redacted version of Exhibit 2 on the public docket as well.

Respectfully,

s/ Brandon R. Gould
Brandon R. Gould

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 402.

SO ORDERED.

*[signature]*

March 21, 2023