UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>             Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO SECURITIES LLC,<br><br>             Defendants. | Case No.: 1:19-cv-01608-JMF |

## ~~PROPOSED~~ ORDER

Upon the motion of Ryan Q. Keech for leave to withdraw from this action as counsel for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission and to remove Ryan Q. Keech from Case

2224099.1

Management/Electronic Case Files (CM/ECF) service list for this action.  IT IS HEREBY

ORDERED:

    1.    The Motion is granted. The Clerk of Court is directed to terminate ECF No. 415 and to terminate Ryan Keech as counsel for Plaintiff.

SO ORDERED.

Dated: April 24, 2023

                                                        THE HON. JESSE M. FURMAN
                                                        UNITED STATES DISTRICT COURT JUDGE