UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF PHILADELPHIA, MAYOR AND CITY COUNCIL OF BALTIMORE, THE BOARD OF DIRECTORS OF THE SAN DIEGO ASSOCIATION OF GOVERNMENTS, ACTING AS THE SAN DIEGO COUNTY REGIONAL TRANSPORTATION COMMISSION,<br><br>                    Plaintiffs,<br><br>           v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, GOLDMAN SACHS & CO. LLC, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY & CO. LLC, MORGAN STANLEY CAPITAL GROUP INC., THE ROYAL BANK OF CANADA, RBC CAPITAL MARKETS, LLC, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WACHOVIA BANK, N.A., WELLS FARGO FUNDS MANAGEMENT, LLC, and WELLS FARGO SECURITIES LLC,<br><br>                    Defendants. | Case No.: 1:19-cv-01608-JMF |

**NOTICE OF MOTION FOR WITHDRAWAL OF ATTORNEY**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jason Y. Kelly,

dated May 2, 2023, Plaintiff The Board of Directors of the San Diego Association of

Governments, acting as the San Diego County Regional Transportation Commission hereby

2234122.1

moves this Court pursuant to Local Rule 1.4 for an order to withdraw Jason Y. Kelly of Ellis George Cipollone O'Brien Annaguey LLP as attorney or record for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission in the above-captioned matter and for his removal from the Case Management/Electronic Case Files (CM/ECF) service list for this action.

Dated:   May 2, 2023

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY

By:   /s/  Jason Y. Kelly
      Jason Y. Kelly

Noah S. Helpern (Admitted *Pro Hac Vice*)
Jason Y. Kelly (Admitted *Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697
nhelpern@egcfirm.com
jkelly@egcfirm.com

Emily Lilburn
152 West 57th St., 28th Fl.
New York, New York 10019
Telephone:  (212) 413-2600
Facsimile:  (212) 413-2629
elilburn@egcfirm.com

Christopher Landau (*Pro Hac Vice)*
1155 F. Street NW, Suite 750
Washington, DC 20004
Telephone:  (202) 249-6900
clandau@egcfirm.com

*Attorneys for Plaintiff The Board of Directors of the San Diego Association of Governments, acting as the San Diego County Regional Transportation Commission*