UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                      :
THE CITY OF PHILADELPHIA et al.,                      :
                                                      :
                              Plaintiffs,             :            19-CV-1608 (JMF)
                                                      :
              -v-                                     :            ORDER
                                                      :
BANK OF AMERICA CORPORATION et al.,                   :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold oral argument with respect to Plaintiffs' class certification motion and Defendants' *Daubert* motion on **July 6, 2023,** at **10:00 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: June 6, 2023
      New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge