June 16, 2023

<u>Via ECF</u>

Hon. Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   <u>The City of Philadelphia v. Bank of Am. Corp., 19-cv-1608 (JMF)</u>

Dear Judge Furman:

    Plaintiffs and Defendants write, pursuant to the Court's June 9, 2023 Order (ECF No. 439), to express their views on certain issues regarding the forthcoming oral argument on the class certification and *Daubert* motions pending in this action.

    The parties have conferred and respectfully request that each side be allotted 90 minutes of oral argument time in total. Both Plaintiffs and Defendants believe that they should address the pending class certification and *Daubert* motions in integrated presentations rather than taking up the two motions sequentially. Both Plaintiffs and Defendants are still finalizing their plans for oral argument and are giving careful consideration to inclusion of junior attorneys in their respective presentations.

    We thank the Court for the opportunity to address these issues.

                                                Respectfully submitted,

| | |
|---|---|
| */s/ Daniel L. Brockett* | */s/ Robert D. Wick* |
| Daniel L. Brockett | Robert D. Wick |
| | |
| Counsel for Plaintiffs | Counsel to the JPMorgan Defendants, writing on behalf of all Defendants |