June 16, 2023

**Via ECF**

Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 440. SO ORDERED.*

*June 22, 2023*

Re: *City of Philadelphia, et al. v. Bank of Am. Corp., et al.*, 19-cv-1608 (JMF)

Dear Judge Furman:

Pursuant to Rule 7 of the Court's Individual Rules and Practices in Civil Cases, and the Stipulation and Order Regarding Redaction and Sealing Process for Class Certification Briefing (Dkt. No. 358), Defendants, on behalf of all parties, hereby seek leave to file by ECF, Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Exclude Expert Testimony and supporting documents (the "Daubert Reply Papers") (Dkt. Nos. 424-425) with certain confidential documents and information redacted.[1] An index listing all material that the parties seek to file in redacted form is attached as Exhibit 1. The parties have met and conferred regarding each's proposed redactions, and no party opposes the requests of any other party.

The parties' respective justifications for redacting those materials under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), and its progeny, are set forth below. While the parties acknowledge that the materials to be redacted are judicial documents to which the presumption of public access attaches, they believe that in balancing the competing considerations against the presumption of access, the Court should grant the parties' motion.

***Defendants' information.*** Defendants have substantially narrowed the scope of their confidentiality designations with respect to Defendants' discovery material previously designated as Confidential or Highly Confidential and filed, quoted from, or referenced in the Daubert Reply Papers. Defendants wish to keep confidential and have filed in redacted form the Hubbard Reply Report, which discusses specific and sensitive information related to Defendants' inventory levels on specific CUSIPs.

Filing this document in redacted form is consistent with the standards for sealing in the Second Circuit. Courts in the Second Circuit and the Southern District of New York have held that it is appropriate to seal commercially sensitive "business information that might harm a

---

[1] Defendants' Reply Memorandum of Law in in Further Support of Defendants' Motion to Exclude Expert Testimony ("Daubert Reply Brief"), along with the supporting Declaration of Brandon Gould ("Gould Declaration") and exhibits, were filed on May 15, 2023, with restricted access. Dkt. Nos. 424-425. The Reply Declaration of Glenn Hubbard ("Hubbard Reply Report") was included as an exhibit to the Gould Declaration. Dkt. No. 425-1.

litigant's competitive standing." *New York v. Actavis, PLC*, No. 14-CV-7473 (RWS), 2014 WL 5353774, at *3 (S.D.N.Y. Oct. 21, 2014); *see also City of Providence v. BATS Glob. Markets, Inc.*, No. 14-CV-2811 (JMF), 2022 WL 539438, at *2 (S.D.N.Y. Feb. 23, 2022) (allowing for sealing of documents based on potential harm to competitive standing). In order to avoid creating a competitive disadvantage for a litigant, courts regularly allow the sealing of commercially sensitive information, including "trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like." *Tyson Foods, Inc. v. Keystone Foods Holdings, Ltd.*, No. 1:19-CV-010125 (ALC), 2020 WL 5819864, at *2 (S.D.N.Y. Sept. 30, 2020).

The document Defendants wish to keep confidential falls within the scope of confidential and sensitive commercial information that should be sealed. The Hubbard Reply Report includes information related to inventory levels on specific CUSIPs. *See* Dkt. No. 425-1 at p. 32. Disclosure of this information would allow competitors to evaluate Defendants' specific risk limits and inventory systems, and to adjust their processes to compete against Defendants accordingly.

***Plaintiffs' information.*** The materials Plaintiffs wish to keep confidential and have filed in redacted form are numerical figures from Professor Schwert's expert reports cited in Defendants' Daubert Reply Brief and the Hubbard Reply Report. Professor Schwert's expert reports quantify the impact of Defendants' alleged artificial inflation of VRDO rates, and calculate his initial estimate of class damages. Such financial figures are proper subjects of redaction. *See Valelly v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, 2022 U.S. Dist. LEXIS 140126, at *3-4 (S.D.N.Y. Aug. 4, 2022) (granting application to seal expert report that contained, *inter alia*, the "financial implications of [the defendant bank's] rate decisions"). Consistent with the legal authority cited above, Plaintiffs request the sealing of only that sensitive material from the expert reports of Professor Schwert.

\* \* \*

Accordingly, on behalf of the parties, Defendants respectfully request that the portions of Defendants' Daubert Reply Brief and the Hubbard Reply Report, highlighted in green (as indexed in Exhibit 1 hereto) be permitted to be filed in redacted form. All such materials are being filed with this letter-motion in both redacted and highlighted form, in accordance with Rule 7.C.iii of the Court's Individual Rules and Practices in Civil Cases.

Respectfully submitted,

**COVINGTON & BURLING LLP**

By: s/ Robert D. Wick

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Robert D. Wick
Brandon Gould
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
rwick@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*

**JONES DAY**

By: Michael P. Conway*

Jayant W. Tambe
Laura Washington Sawyer
Céalagh P. Fitzpatrick
Meredith Christian
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3604
Fax: (212) 755-7306
jtambe@jonesday.com
lwsawyer@jonesday.com
cfitzpatrick@jonesday.com

Michael P. Conway
110 N. Upper Wacker Dr.
Chicago, IL 60606
Telephone: (312) 269-4145
Fax: (312) 782-8585
mconway@jonesday.com

*Attorneys for Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A., Wells Fargo Funds Management, LLC, and Wells Fargo Securities LLC*

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By: <u>Noah Levine</u>* | By: <u>Boris Bershteyn</u>* |
| Noah Levine<br>Chris Johnstone<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>noah.levine@wilmerhale.com<br>chris.johnstone@wilmerhale.com | Boris Bershteyn<br>Lara Flath<br>Kamali P. Willett<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Fax: (917) 777-3834<br>boris.bershteyn@skadden.com<br>lara.flath@skadden.com<br>kamali.willett@skadden.com |
| Heather Nyong'o<br>Cleary Gottlieb Steen & Hamilton LLP<br>650 California Street, Suite 2000<br>San Francisco, CA 94108<br>Telephone: (650) 815-4140<br>hnyongo@cgsh.com | Gretchen Wolf<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411<br>gretchen.wolf@skadden.com |
| *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (including as successor in interest to Banc of America Securities LLC)* | *Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.* |


| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| By: <u>Susanna M. Buergel</u>* | By: <u>Robert Y. Sperling</u>* |
| Brad S. Karp<br>Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3553<br>Fax: (212) 492-0553<br>bkarp@paulweiss.com<br>sbuergel@paulweiss.com<br><br>Kenneth A. Gallo<br>Jane B. O'Brien<br>Lina Dagnew<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7356<br>Fax: (202) 204-7356<br>kgallo@paulweiss.com<br>jobrien@paulweiss.com<br>ldagnew@paulweiss.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited* | Robert Y. Sperling<br>Staci Yablon<br>William B. Michael<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3396<br>Fax: (212) 492-4018<br>syablon@paulweiss.com<br>rsperling@paulweiss.com<br>wmichael@paulweiss.com<br><br>Paul D. Brachman<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7440<br>Fax: (202) 379-4098<br>pbrachman@paulweiss.com<br><br>*Attorneys for Defendant Goldman Sachs & Co. LLC* |

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **SHEARMAN & STERLING LLP** |
| By: <u>Sergei Zaslavsky</u>* | By: <u>Adam S. Hakki</u>* |
| Andrew J. Frackman<br>Michael M. Klotz<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>afrackman@omm.com<br>mklotz@omm.com | Adam S. Hakki<br>Grace J. Lee<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>adam.hakki@shearman.com<br>grace.lee@shearman.com |
| Sergei Zaslavsky<br>Adam Walker<br>1625 Eye St, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>szaslavsky@omm.com<br>awalker@omm.com | John F. Cove, Jr.<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-2997<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>john.cove@shearman.com |
| *Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets, LLC* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc.* |

\*   Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5(b).

cc:   All counsel of record (via ECF)

## Exhibit 1

| Document | Request for Redactions or to Seal in Full? | Location of Requested Redactions | Redactions or Sealing Requested By |
|---|---|---|---|
| Reply Memorandum of Law in Further Support of Defendants' Motion to Exclude Expert Testimony (Dkt. 424) | Redactions | Page 2 | Plaintiffs |
| | | Page 3 | Plaintiffs |
| | | Page 6 | Plaintiffs |
| | | Page 7 | Plaintiffs |
| Exhibit 24 to the Declaration of Brandon Gould – Reply Declaration of Glenn Hubbard (Dkt. 425-1) | Redactions | Page 10 | Plaintiffs |
| | | Page 11 | Plaintiffs |
| | | Page 12 | Plaintiffs |
| | | Page 15 | Plaintiffs |
| | | Page 16 | Plaintiffs |
| | | Page 32 | Defendants |
| | | Page 32 | Plaintiffs |
| | | Page 34 | Plaintiffs |
| | | Page 37 | Plaintiffs |
| | | Page 38 | Plaintiffs |