UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
THE CITY OF PHILADELPHIA et al., :
:
                             Plaintiffs, :          19-CV-1608 (JMF)
:
          -v- :          <u>ORDER</u>
:
BANK OF AMERICA CORPORATION et al., :
:
                            Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that oral argument in this matter, previously scheduled for **July 6, 2023**, is ADJOURNED to **July 20, 2023**, at **10:15 a.m.**  Oral argument will still be held **in person** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  If any party has an **unmovable** conflict with the new date and time, the parties should immediately confer and file a joint letter to that effect, proposing other dates and times during the weeks of July 17th and July 24th that would work for all parties.

      Each side should anticipate being allotted a cumulative total of approximately sixty minutes.  The Court approves the parties' request to address the class certification and *Daubert* motions in "integrated" fashion.  *See* ECF No. 445.  That said, the parties should not necessarily plan on uninterrupted "presentations," *id.*, as there is likely to be back and forth at the Court's direction and the Court is likely to interrupt with questions.  To assist the parties in preparing, the Court may issue an additional Order next week identifying issues and questions that the parties should be prepared to address during the oral argument.

      SO ORDERED.

Dated: June 26, 2023
       New York, New York
                                                                   JESSE M. FURMAN
                                                            United States District Judge