**By ECF**  June 28, 2023

Hon. Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 1007-1501

      **Re:  The City of Philadelphia v. Bank of Am. Corp., 19-cv-1608 (JMF)**

Dear Judge Furman:

      We write on behalf of all parties in response to this Court's order earlier today asking counsel to inform the Court of additional dates on which oral argument could be scheduled on the pending class certification and *Daubert* motions.  All counsel who expect to argue for either side would be available for oral argument on either July 31 or August 1.

      Respectfully,

/s/ Daniel Brockett                /s/ Robert D. Wick
Daniel Brockett                      Robert D. Wick

Counsel for Plaintiffs            Counsel to the JPMorgan Defendants,
                                            writing on behalf of all Defendants