UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
THE CITY OF PHILADELPHIA et al.,                                        :
                                                                        :
                              Plaintiffs,                        :        19-CV-1608 (JMF)
                                                                        :
               -v-                                           :            ORDER
                                                                        :
BANK OF AMERICA CORPORATION et al.,                                     :
                                                                        :
                              Defendants.                        :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties have asked the Court to authorize dozens of lawyers to bring electronic devices into the courthouse for tomorrow's oral argument. The Court, however, will grant such authorization to only **five lawyers per side**. Each lawyer may bring only **one** laptop and **one** cell phone (along with the appropriate charging cables). The parties should revise their requests accordingly and re-submit them as soon as possible for the Court to so order.

       SO ORDERED.

Dated: July 31, 2023
       New York, New York
                                                                                  JESSE M. FURMAN
                                                       United States District Judge