UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
CITY OF PHILADELPHIA et al.,                                     :
:
                       Plaintiffs,                      :
:     19-CV-1608 (JMF)
       -v-                                                       :
:     ORDER
BANK OF AMERICA CORPORATION et al.,                              :
:
                       Defendants.                      :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 5, 2024, the Court of Appeals entered an Order granting Defendants' petition, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal this Court's Order granting class certification.  *See* ECF No. 500.  The Court will hold a telephone conference on **February 15, 2024**, at **3:15 p.m.**, to discuss the implications of the Circuit's Order with respect to the management of this case, including any upcoming deadlines, and settlement, including whether there is anything the Court can do to facilitate settlement.  Counsel shall confer and submit a joint letter addressing these issues on ECF no later than **February 12, 2024**.

       The conference will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  After receiving that email, the Court will provide the parties with the call-in information for counsel with speaking roles.  All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

       SO ORDERED.

Dated: February 6, 2024
       New York, New York
                                                           _____
                                                          JESSE M. FURMAN
                                                    United States District Judge