UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :

CITY OF PHILADELPHIA et al.,                :

                        Plaintiffs,      :

                                    :           19-CV-1608 (JMF)

        -v-                     :

                                    :           <u>ORDER</u>

BANK OF AMERICA CORPORATION et al.,  :

                                  :

                       Defendants.    :

                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At the telephone conference tomorrow, counsel should be prepared to address whether the question of a stay pending a decision by the Second Circuit is all or nothing — that is, whether a partial stay (for example, permitting the class notice and opt out process to run its course and/or allowing "discovery on that portion of the case that would likely survive *any* decision of the [Second] Circuit," *Beattie v. CenturyTel, Inc.*, No. 02-10277-BC, 2006 WL 1722207, at *6 (E.D. Mich. Jan. 20, 2006)) would be feasible and appropriate.  In the meantime, the deadline for Plaintiffs' forthcoming merits expert reports is extended, on consent, until two weeks after the Court rules on Defendants' request for a stay.  *See* ECF No. 502, at 1.

      SO ORDERED.

Dated: February 14, 2024
     New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge