UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                               :

CITY OF PHILADELPHIA et al.,                           :

                                  Plaintiffs,              :
                                                              :            19-CV-1608 (JMF)
                 -v-                                     :
                                                              :              <u>ORDER</u>

BANK OF AMERICA CORPORATION et al.,        :

                                Defendants.          :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today, Defendants' request for a stay pending appeal is GRANTED, except as it relates to the class notice and opt out process, which will be allowed to run its course. In light of the stay, the status conference scheduled for July 11, 2024 is ADJOURNED *sine die*.

       SO ORDERED.

Dated: February 15, 2024
       New York, New York                                        JESSE M. FURMAN
                                                            United States District Judge