UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF PHILADELPHIA, et al.,                                    :
:
:
Plaintiffs,                                  :
:            19-CV-1608 (JMF)
-v-                                                      :
:                 ORDER
:
BANK OF AMERICA CORPORATION, et al,                              :
:
Defendants.                                 :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the Second Circuit's recent summary order affirming this Court's Opinion and Order granting Plaintiffs' motion for class certification, *see City of Philadelphia v. Banc of Am. Sec. LLC,* No. 24-297, 2025 WL 2180607 (2d Cir. Aug. 1, 2025) (summary order), the Court is inclined to lift the stay it previously imposed, *see* ECF Nos. 504, 506.

       No later than **August 21, 2025**, the parties shall file a joint letter addressing (1) whether the Court should lift the stay and (2) proposing next steps in this case, including a comprehensive schedule going forward, for the Court to consider if it does lift the stay. Unless and until the Court orders otherwise, the parties shall then appear for a conference with the Court on **August 28, 2025**, at **10:30 a.m.** The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: August 4, 2025                    _____
      New York, New York                  JESSE M. FURMAN
                                        United States District Judge